# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | TLC Vision (USA) Corporation | | |
| **Case Number:** | 09-14473-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 22, 2009 02:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

## *Matter:*

First Day Motions
**R / M #:**   13 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
Declaration of Michael F. Gries, Chief Restructuring Officer for the Debtors -  Admitted
#1 -  Granted - ORDER SIGNED
#2 -  Granted - ORDER SIGNED
#3 -  Granted - ORDER SIGNED
#4 -  Granted - ORDER SIGNED
#5 -  Granted - ORDER SIGNED
#6 -  Granted - ORDER SIGNED
#7 -  Granted - ORDER SIGNED
#8 -  Granted - ORDER SIGNED
#9 -  Granted - ORDER SIGNED
#10 -  Granted - Revised Interim ORDER SIGNED
Date Set - 1/6/10 @ 1:00 pm - Preliminary Sale hearing,  2nd day motions;  1/22/10 @ 11:30 am - Sale, Final DIP;  Objection deadline 1/15/10