IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| TLC Vision (USA) Corporation, et al.,[1] | Case No. 09-14473 (KG) |
| Debtors. | Jointly Administered |
| | **Related Docket No. 67 & 69** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 4, 2010, I caused to be served the:

    a) "Supplemental Declaration of Michael F. Gries, Chief Restructuring Officer for the Debtors, In Further Support of Debtors' Motion for Entry of Order (A) Authorizing the Sale of the Debtors' Canadian Operations Fee and Clear of All Liens, Claims Encumbrances and Other Interests and (B) Granting Certain Related Relief," dated January 4, 2010 [Docket No. 67], and

    b) "Notice of Proposed Form of Order Regarding Private Sale Authorization," dated January 4, 2010 [Docket No. 69],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the attached Exhibit A.

---

[1] The Debtors in the cases, along with the last four digits of each Debtor's federal tax identification number and address, are: TLC Vision (USA) Corporation (6220) 16305 Swingley Ridge Road, Chesterfield, MO 63017; TLC Vision Corporation (1150) 5280 Solar Drive, Suite 300, Mississauga, Ontario, L4W 5M8; and TLC Management Services, Inc. (0374) 1209 Orange Street, Wilmington, DE 19801.

T:\Clients\tvision\Affidavits\Supp Decl Gries, Ntc Private Sale_AFF_1-4-10.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
5th day of January, 2010

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20__

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| (SUB-ADVISOR TO PANGAEA) | KELLI O'CONNELL 222 N. LASALLE ST CHICAGO IL 60601 |
| (SUB-ADVISOR TO PANGAEA) | ATTN: O'CONNELL, KELLI 222 N. LASALLE ST CHICAGO IL 60601 |
| ACA CLO 2007-1 | ATTN: MYSTI FARRIS C/O THE BANK OF NEW YORK TRUST CO. 601 TRAVIS STREET, 17TH FLOOR HOUSTON TX 77002 |
| ADVANCED MEDICAL OPTICS | PO BOX 9100 POSTAL STATION F TORONTO ON M4Y 3A5 CANADA |
| ALBERTA SECURITIES COMMISSION | ATTN: COMPLIANCE OFFICER 4TH FLOOR, 300-5TH AVENUE S.W. CALGARY AB T2P 3C4 CANADA |
| ALCON LABORATORIES, INC | PO BOX 951125 DALLAS TX 75395-1125 |
| ALCON LABORATORIES, INC. | P.O. BOX 951125 DALLAS TX 75395 |
| AMERICAN MONEY | ATTN: DICKMAN, DAVID |
| AMERICAN MONEY | ATTN: MEYER, DAVE 1 EAST FOURTH STREET 14TH FLOOR CINCINNATI OH |
| AMERICAN MONEY | CHESTER ENG 1 EAST FOURTH STREET CINCINNATI OH 45202 |
| AMERICAN MONEY | ATTN: ENG, CHESTER 1 EAST FOURTH STREET CINCINNATI OH 45202 |
| AMERICAN MONEY | ATTN: HAVERKAMP, JOE 1 EAST FOURTH STREET CINCINNATI OH 45202 |
| AMERICAN OPTOMETRIC ASSOCIATION | AOA/INDUSTRY RELATIONS 243 N. LINDBERG BLVD. ST. LOUIS MO 63141 |
| AMMC CLO III LTD | ATTN: TARA MOORE C/O THE BANK OF NEW YORK MELLON TRUST CO 525 WILLIAM PENN PL 8TH FLOOR PITTSBURGH PA 15259 |
| AMMC CLO IV | ATTN: CHUCK LOGAN C/O THE BANK OF NEW YORK MELLON TRUST CO 525 WILLIAM PENN PL 8TH FLOOR PITTSBURGH PA 15259 |
| AMMC CLO VII | ATTN: VIRTUS GROUP 2800 POST OAK BLVD, STE 5880 HOUSTON TX 77056 |
| AMMC CLO VIII LTD | ATTN: VIRTUS GROUP 2800 POST OAK BLVD, STE 5880 HOUSTON TX 77056 |
| AMO CANADA COMPANY | P O BOX 676016 DALLAS TX 75267-6016 |
| AMO SALES AND SERVICE INC | PO BOX 676016 DALLAS TX 75267-6016 |
| AMO SALES AND SERVICE, INC. | 1700 EAST ST. ANDREW PLACE SANTA ANA CA 92705-4933 |
| ANDREWS KURTH LLP | ATTN: TIMOTHY A. DAVIDSON II (COUNSEL FOR VISION SOURCE L.P.) 600 TRAVIS, SUITE 4200 HOUSTON TX 77002 |
| ANTHONY ZACCHEI, MD | 1398 COUNTY LINE RD. RADNOR PA 19087 |
| APIDOS CAPITAL | AMERICAN CAPITAL ASSET MANAGEMENT'S CLO JUSTIN SUGHRUE 888 SEVENTH AVE, SUITE 408 NEW YORK NY 10106 |
| APIDOS CAPITAL | (AMERICAN CAPITAL ASSET MANAGEMENT'S CLO) ATTN: SUGHRUE, JUSTIN 888 SEVENTH AVE SUITE 408 NEW YORK NY 10106 |
| APIDOS CAPITAL | (AMERICAN CAPITAL ASSET MANAGEMENT'S CLO) ATTN: BERGSTRESSER, GRETCHEN L. 888 SEVENTH AVE SUITE 408 NEW YORK NY 10106 |
| ARMSTRONG TEASDALE LLP | ATTN: JOHN O' BRIEN, PARTNER ONE METROPOLITAN SQUARE, SUITE 2600 ST. LOUIS MO 63102-2740 |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM P. BOWDEN, ESQUIRE ATTN: RICHARDO PALACIO, ESQUIRE (COUNSEL TO ABBOTT MEDICAL OPTICS INC., AMO SALES AND SERVICES, AND THEIR AFFILIATES ("AMO")) 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| ATRIUM MT, LLC | C/O ATRIUM AT CHESTERFIELD LOCKBOX 23899 NETWORK PL CHICAGO IL 60673-1238 |
| AUTORITE DES MARCHES FINANCIERS (AMF) | (HEAD OFFICE) PLACE DE LA CITE, TOUR COMINAR 2640, BOULEVARD LAURIER, BUREAU 400 SAINTE-FOY PQ G1V 5C1 CANADA |
| BAUSCH & LOMB-SURGICAL DIV. | 4395 COLLECTION CENTER DIV. CHICAGO IL 60693 |
| BINGHAM MCCUTCHEN | ATTN: JONATHAN ALTER, RESTRUCTURING PARTNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN | ATTN: NEIL TOWNSEND, PARTNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN | ATTN: FREDERICK F. EISENBIEGLER, PARTNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN | ATTN: JEFFREY S. SABIN, PARTNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN | ATTN: JOANNE DESILVA, OF COUNSEL 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN | ATTN: YELINA KVURT, ASSOCIATE 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S. SABIN, ESQ. (COUNSEL TO CERTAIN LENDERS UNDER CREDIT AGRMT. AND CFS AS DIP AGENT 399 PARK AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| BINGHAM MCCUTCHEN LLP | ATTN: FREDERICK F. EISENBEIGLER, ESQ. (COUNSEL FOR THE DIP LENDERS AND LENDER GROUP) 399 PARK AVENUE NEW YORK NY 10022 |
| BINGHAM MCCUTCHEN LLP | ATTN: JONATHAN B. ALTER, ESQ. ATTN: KATE K. SIMON, ESQ. (COUNSEL FOR THE DIP LENDERS AND LENDER GROUP) ONE STATE STREET HARTFORD CT 06103 |
| BLACKSTONE / GSO CAPITAL PARTNERS | DAVID YOON 280 PARK AVENUE NEW YORK NY 10017 |
| BLACKSTONE / GSO CAPITAL PARTNERS | ATTN: YOON, DAVID 280 PARK AVENUE NEW YORK NY 10017 |
| BLACKSTONE / GSO CAPITAL PARTNERS | ATTN: ROCHE, JAMES 280 PARK AVENUE NEW YORK NY 10017 |
| BLACKSTONE / GSO CAPITAL PARTNERS | DAN MCMULLEN 345 PARK AVE 28TH FLOOR NEW YORK NY 10154 |
| BLACKSTONE / GSO CAPITAL PARTNERS | ATTN: MCMULLEN, DAN 345 PARK AVE, 28TH FLOOR NEW YORK NY 10154 |
| BLACKSTONE / GSO CAPITAL PARTNERS | ATTN: CRIARES, DEAN 345 PARK AVENUE NEW YORK NY 10154 |
| BRENTWOOD CLO LTD | ATTN: DATA TEAM C/O HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL ROAD, SUITE 800 DALLAS TX 75420 |
| BRIAN ANDREW | 15788 SUMMER RIDGE CHESTERFIELD MO 63017 |
| BRITISH COLUMBIA SECURITIES COMMISSION | ATTN: SUPERVISOR, INSIDER REPORTING P.O. BOX 10142, PACIFIC CENTRE 701 WEST GEORGIA STREET VANCOUVER BC V7Y 1L2 CANADA |
| CADADA MORTGAGE AND HOUSING CORPORATION | C/O PAUL GOORMLEY ONE QUEEN ST. EAST,STE. 2200 TORONTO ON M5C 2Z2 CANADA |
| CADWALADER, WICKERSHAM & TAFT, LLP | ATTN: CHRIS MCDERMOTT ATTN: ALEXANDER T. LIN (COUNSEL TO THE DIP AGENT) 227 WEST TRADE STREET CHARLOTTE NC 28202 |
| CANADA MORTGAGE AND HOUSING CORPORATION | C/O PAUL GOOORMLEY ONE QUEEN ST. EAST, SUITE 2200 TORONTO ON M5C 2Z2 CANADA |
| CAPITAL SOURCE | DAVID ZIMMERMAN 4445 WILLARD AVE 12TH FLOOR CHEVY CHASE MD 20815 |
| CAPITAL SOURCE | ATTN: ZIMMERMAN, DAVID 4445 WILLARD AVE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CAPITAL SOURCE | ATTN: SHEWMON, DEREK 4445 WILLARD AVE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CAPITAL SOURCE | SERGIO KUSHIDA ONE NORTH FRANKLIN STREET SUITE 1800 CHICAGO IL 60606 |
| CAPITAL SOURCE | CARA CASOLARI 30 S WACKER DR STE 3500 CHICAGO IL 60606 |
| CAPITAL SOURCE | ATTN: KUSHIDA, SERGIO ONE NORTH FRANKLIN STREET SUITE 1800 CHICAGO IL 60606 |
| CAPITAL SOURCE | ATTN: CASOLARI, CARA 30 S WACKER DR STE 3500 CHICAGO IL 60606 |
| CAPITAL SOURCE | ATTN: STEARNS, CHARLIE 30 S WACKER DR STE 3500 CHICAGO IL 60606 |
| CAPITALSOURCE CF LLC | ATTN: SERGIO KUSHIDA 4445 WILLARD AVENUE 12TH FLOOR CHEVY CHASE MD 20815 |
| CAREER BUILDER | 200 N. LASALLE ST. CHICAGO IL 60601 |
| CAROL HOFFMAN, MD | P.O. BOX 400 KEMBLESVILLE PA 19347 |
| CDG – CONWAY, DEL GENIO, GRIES & CO., LLC | MICHAEL GRIES,PRINCIPAL, CRO OLYMPIC TOWER 645 FIFTH AVE. E NEW YORK NY 10022 |
| CDG – CONWAY, DEL GENIO, GRIES & CO., LLC | BILL MCMANUS,MANAGING DIRECTOR,INTERIM CFO OLYMPIC TOWER 645 FIFTH AVE. E NEW YORK NY 10022 |
| CDG – CONWAY, DEL GENIO, GRIES & CO., LLC | JONATHAN HOPKINS,VICE PRESIDENT OLYMPIC TOWER 645 FIFTH AVE. E NEW YORK NY 10022 |
| CDG – CONWAY, DEL GENIO, GRIES & CO., LLC | RYAN ROWAN,ASSOCIATE OLYMPIC TOWER 645 FIFTH AVE. E NEW YORK NY 10022 |
| CDG – CONWAY, DEL GENIO, GRIES & CO., LLC | MATT MCLANE,ANALYST OLYMPIC TOWER 645 FIFTH AVE. E NEW YORK NY 10022 |
| CEATUS MEDIA GROUP, LLC | 960 GRAND AVE SAN DIEGO CA 92109 |
| CIFC | ATTN: WALZ, KEVIN 250 PARK AVENUE NEW YORK NY 10117 |
| CIFC | ROBERT STEELMAN 250 PARK AVENUE 5TH FLOOR NEW YORK NY 10177 |
| CIFC | ATTN: STEELMAN, ROBERT 250 PARK AVENUE, 5TH FLOOR NEW YORK NY 10177 |
| CIFC FUNDING 2007-48 LTD | ATTN: MAXUM TOMASZEWSKI 250 PARK AVENUE NEW YORK NY 10177 |
| CIFC FUNDING 2007-IV LTD | ATTN: MAXUM TOMASZEWSKI 250 PARK AVENUE, 5TH FLOOR NEW YORK NY 10177 |
| CIT | MARTIN HEALEY 505 FIFTH AVE NEW YORK NY 10017 |
| CIT | ATTN: HEALEY, MARTIN 505 FIFTH AVE NEW YORK NY 10017 |
| CIT | ATTN: CORRADINO, CJ 505 FIFTH AVE NEW YORK NY 10017 |
| CIT GROUP INC. | ATTN: GREGORY PARK, MNG DIR, CIT HEALTHCARE INVESTMENT BANK 505 FIFTH AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| CIT GROUP INC. | ATTN: JOHN BRESNAHAN, VP,EDGEVIEW PARTNERS (CIT) INVESTMENT BANK 505 FIFTH AVENUE NEW YORK NY 10017 |
| CIT GROUP INC. | ATTN: MICHAEL O'ROURKE, ANALYST,CIT HEALTHCARE INVESTMENT BANK 505 FIFTH AVENUE NEW YORK NY 10017 |
| CIT GROUP INC. | ATTN: AARON BLACK, CIT HEALTHCARE INVESTMENT BANK 505 FIFTH AVENUE NEW YORK NY 10017 |
| CIT HEALTHCARE LLC - HC253 | ATTN: STACEY ARNN CORPORATE FINANCE- CLAS 134 WOODLING AVENUE DANVILLE VA 24541 |
| CIT HEALTHCARE LLC - HC253 | ATTN: STACEY ARNN CORPORATE FINANCE- CLAS 134 WOODING AVENUE DANVILLE VA 24541 |
| CITIGROUP | ATTN: RUDD, ERICA |
| CITIGROUP | ATTN: CHEN, SHEN |
| CITIGROUP | ATTN: TU, THU |
| CITIGROUP | MICHAEL SCHLEMBACH 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |
| CITIGROUP | ATTN: SCHLEMBACH, MICHAEL 388 GREENWICH ST, 21ST FL NEW YORK NY 10013 |
| CITIGROUP | ATTN: FISHER, ALLEN 388 GREENWICH ST, 23 FLOOR 1ST FLOOR NEW YORK NY 10013 |
| CITIGROUP | ATTN: CHEN, MARGO 388 GREENWICH ST, 21ST FL NEW YORK NY 10013 |
| CITIGROUP | ATTN: JU, EUNJI 388 GREENWICH ST, 21ST FL NEW YORK NY 10013 |
| CITIGROUP | ATTN: FLOYD, MARK 388 GREENWICH ST NEW YORK NY 10013 |
| CITIGROUP | ATTN: DUREYEA GARNETT 1615 BRETT RD OPS III NEW CASTLE DE 19720 |
| CITYCLEAN | P.O. BOX 27 TORONTO ON M8Z 5M4 |
| CONNOLLY BOVE LODGE & HUTZ LLP | ATTN: JEFFREY C. WISLER, ESQ. ATTN: KELLY M. CONLAN, ESQ. (COUNSEL FOR VISION SOURCE L.P.) THE NEMOURS BUILDING 1007 NORTH ORANGE STREET P.O. BOX 2207 WILMINGTON DE 19899 |
| COWEN AND COMPANY LLC | ATT MICHAEL KENDAL 1221 AVE OF THE AMERICAS NEW YORK NY 10020 |
| COZEN O'CONNOR | ATTN: SIMON E. FRASER, ESQ. (COUNSEL TO MICHAEL ARONSKY) 1201 N. MARKET STREET, SUITE 1400 WILMINGTON DE 19801 |
| CRAIG JOHNSON | C/O BILL WILKINSON 7625 EAST 51ST STREET, STE. 400 TULSA OK 74145 |
| DE LAGE LANDEN FINANCIAL SERVICES CANADA (CAD) | ATTN: JACQUUELINE PERRON 100 - 1235 NORTH SERVICE RD. W OAKVILLE ON L6M 2W2 CANADA |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX DIVISIONS P.O. BOX 7040 DOVER DE 19903 |
| DEPARTMENT OF JUSTICE | (COUNSEL FOR CANADA REVENUE AGENCY) ATTN: DIANE WINTERS SUITE 3400, EXCHANGE TOWER 2 FIRST CANADIAN PLACE TORONTO ON M5X 1K6 CANADA |
| DIRECT RESULTS MARKETING INC | 333 E CITY AVE #PL-14 BALA CYNWYD PA 19004 |
| DIVISIN OF UNEMPLOYMENT INS. | DEPARTMENT OF LABOR 4425 N. MARKET STREET WILMINGTON DE 19802 |
| EMERALD ORCHARD LIMITED | ATTN: ARLENE ARELLANO C/O THE BANK OF NOVA SCOTIA 720 KING STREET WEST, 2ND FLOOR TORONTO ON M5V 2T3 CANADA |
| ERIC DONNENFELD, M.D. | 75 KINGS HWY CUTOFF FAIRFIELD CT 06430 |
| ERNST & YOUNG | MIKE HICKENBOTHAM, PARTNER 5 TIMES SQUARE NEW YORK NY 10036 |
| ERNST & YOUNG | TIM FAGAN, SENIOR MANAGER 5 TIMES SQUARE NEW YORK NY 10036 |
| ERNST & YOUNG LLP | BANK OF AMERICA 96760 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| FEDEX - 60094 | P.O. BOX 94515 PALATINE IL 60094-4515 |
| FIFTH THIRD BANK | SANDY HAMRICK 424 CHURCH STREET SUITE 600 NASHVILLE TN 37219 |
| FIFTH THIRD BANK | ATTN: HAMRICK, SANDY 424 CHURCH STREET, SUITE 600 NASHVILLE TN 37219 |
| FIFTH THIRD BANK | NED SHER 222 S. RIVERSIDE PLAZA CHICAGO IL 60606 |
| FIFTH THIRD BANK | ERIC LICKTEIG 233 SOUTH RIVERSIDE PLAZA 32ND FLOOR CHICAGO IL 60606 |
| FIFTH THIRD BANK | ATTN: SHER, NED 222 S. RIVERSIDE PLAZA CHICAGO IL 60606 |
| FIFTH THIRD BANK | ATTN: LICKTEIG, ERIC 233 SOUTH RIVERSIDE PLAZA, 32ND FLOOR CHICAGO IL 60606 |
| FIFTH THIRD BANK NA | ATTN: ALEXIS SMITH MAIL STOP: 1MOC2B 5050 KINGSLEY DRIVE CINCINNATI OH 45263 |
| FIFTH THIRD BANK NA | ATTN: ALEXIS SMITH MAIL DROP: 1MOC2B 5050 KINGSLEY DRIVE CINCINNATI OH 45263 |
| FM LEVERAGED CAPITAL FUND II | ATTN: LINDA ASANTE C/O US BANK NA ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| GALE FORCE 1 CLO | ATTN: TAFOR NIBA C/O THE BANK OF NEW YORK 601 TRAVIS STREET, 16TH FLOOR HOUSTON TX 77002 |
| GALE FORCE 3 CLO LTD | ATTN: MIKE CAROZZA C/O STATE STREET CORP 200 CLARENDON ST, 5TH FLOOR BOSTON MA 02116 |
| GALLIVAN, WHITE & BOYD PA | 55 BEATTIE PLACE STE 1200 PO BOX 10589 GREENVILLE SC 29603 |
| GARRISON CAPITAL | SUSAN GEORGE 1350 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GARRISON CAPITAL | ATTN: GEORGE, SUSAN 1350 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GARRISON CAPITAL | ATTN: MOORE, TERENCE 1350 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GARRISON FUNDING 2008-1 LTD | ATTN: MIRANDA L. SCOTT 1350 AVENUE OF THE AMERICAS 9TH FL NEW YORK NY 10019 |
| GENESYS CONFERENCING | 9139 SOUTH RIDGELINE BLVD. HIGHLANDS RANCH CO 80129 |
| GEORGE PRONESTI, MD | P.O. BOX 203 BRYN ATHYN PA 19009 |
| GORDIAN GROUP | ATTN: PETER S. KAUFMAN, PRES & HEAD OF LENDER GROUP FINANCIAL ADVISORS RESTRUCTURING & DISTRESSED M&A 950 THIRD AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| GORDIAN GROUP | ATTN: STEPHEN M. SCHILLER, MANAGING DIRECTOR LENDER GROUP FINANCIAL ADVISORS 950 THIRD AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| GORDIAN GROUP | ATTN: BRIAN MURPHY, ASSOCIATE LENDER GROUP FINANCIAL ADVISORS 950 THIRD AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| GORDIAN GROUP | ATTN: KAMAU HIXON, ANALYST LENDER GROUP FINANCIAL ADVISORS 950 THIRD AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| GREENBERG TRAURIG, LLP | ATTN: NANCY A. MITCHELL (COUNSEL FOR DUNKIRK INVESTMENTS 1, LLC) METLIFE BUILDING 200 PARK AVE NEW YORK NY 10166 |
| GREENBERG TRAURIG, LLP | ATTN: SCOTT D. COUSINS ATTN: DENNIS A. MELORO (COUNSEL FOR DUNKIRK INVESTMENTS 1, LLC) THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 1200 WILMINGTON DE 19801 |
| GREENBERG TRAURIG, LLP | ATTN: ANDREW R. CARDONICK 77 WEST WACKER DRIVE SUITE 3100 CHICAGO IL 60601 |
| GREENBRIAR CLO, LTD. | ATTN: DATA TEAM C/O HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL ROAD, STE. 800 DALLAS TX 75240 |
| GWENDOLYN SOPER | C/O PARSONS BEHLE & LATIMER ONE UTAH CENTER SALT LAKE CITY UT 84111 |
| HARRIS BANK | ATTN: DENNIS CHEN 11 WEST MONROE STREET, 9C CHICAGO IL 60603 |
| HCSMF SCOTIA SWAP | ATTN: LOURDEZ PEREZ 720 KING STREET WEST, 2ND FLOOR TORONTO ON M5V 2T3 CANADA |
| HIGHLAND CAPITAL | ATTN: SHUSTER, SHARON |
| HIGHLAND CAPITAL | ATTN: STAGGS, JODY |
| HIGHLAND CAPITAL | WINSTON BLACK 13455 NOEL ROAD SUITE 800 DALLAS TX 75240 |
| HIGHLAND CAPITAL | ATTN: BLACK, WINSTON 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CAPITAL | ATTN: MARTINSON, MARK 13455 NOEL RD DALLAS TX 75240 |
| HIGHLAND CAPITAL | ATTN: GLASGOW, SAM 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CAPITAL | ATTN: WALIA, AMIT 13455 NOEL, SUITE 1300 DALLAS TX 75240 |
| HIGHLAND CAPITAL | ATTN: SAKUNGEW, PON 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CAPITAL | ATTN: HUKILL, NATHAN 13455 NOEL ROAD DALLAS TX 75244 |
| INDCOM LEASING INC. | ATTN: JOHN FUNNELL 5061 URE STREET OLDCASTLE ON N0R 1L0 CANADA |
| INNOVAPOST INC. | ATTN: ALAN THOMAS 365 MARCH ROAD KANATA ON K2K 3N5 CANADA |
| INTERNAL REVENUE SERVICE | PO BOX 21126 PHILADELPHIA PA 19114-0326 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLAZA, ROOM 1150 BALTIMORE MD 21201 |
| INTRALASE CORP. | ATTN: ROBERT PALMISANO 9701 JERONIMO ROAD IRVINE CA 92618 |
| JAMES WACHTMAN | 330 OAKWOOD AVENUE SAINT LOUIS MO 63119 |
| JPM | SHIVRAJ BHUSHAN 270 PARK AVENUE 5TH FLOOR NEW YORK NY 10017 |
| JPM (CIFC PULLED WAREHOUSE) | ATTN: BHUSHAN, SHIVRAJ 270 PARK AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| JUSTIN SCHEITHAUER | C/O PETERSON REED WARLAUMONT & STOUT 5217 S. STATE ST., STE. 450 SALT LAKE CITY UT 84107 |
| LARRY HOHL | 1040 E BIRCHWOOD PL CHANDLER AZ 85249 |
| LINDSAY T. ATWOOD AS REPRESENTATIVE | OF FURTHER SHAREHOLDERS OF TRUVISION, INC. 4924 SOUTH 3960 WEST WEST VALLEY |

| Claim Name | Address Information |
|---|---|
| LINDSAY T. ATWOOD AS REPRESENTATIVE | CITY UT 84118 |
| LOAN FUNDING IV | ATTN: DATA TEAM C/O HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| LOAN FUNDING VII LLC | ATTN: DATA TEAM C/O HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL ROAD, STE. 800 DALLAS TX 75240 |
| LOAN STAR STATE TRUST | ATTN: MICHAEL COBURN/DATA TEAM C/O THE BANK OF NEW YORK 600 TRAVIS STREET, 50TH FLOOR HOUSTON TX 77002 |
| LONGHORN CREDIT FUNDING, LLC | ATTN: DATA TEAM C/O HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL ROAD, STE. 800 DALLAS TX 75240 |
| MICHAEL ARONSKY, MD | 219 LADBROKE RD. BRYN MAWR PA 19010 |
| MINISTRY OF FINANCE | ATTN: KEVIN O"HARA OSHAWA ON CANADA |
| MONUMENT PARK CDO LTD | ATTN: PEGGY PATRAS C/O THE BANK OF NEW YORK 601 TRAVIS STREET, 16TH FLOOR HOUSTON TX 77002 |
| NATIONAL CITY | HEATHER HINKELMAN 120 S CENTRAL AVE CLAYTON MO 63105 |
| NATIONAL CITY | ATTN: HINKELMAN, HEATHER 120 S CENTRAL AVE CLAYTON MO 63105 |
| NATIONAL CITY | ATTN: SHERMAN, THOMAS 120 S CENTRAL AVE CLAYTON MO 63105 |
| NATIONAL CITY | ATTN: RICHARDSON, PETE 120 S CENTRAL AVE CLAYTON MO 63105 |
| NATIONAL CITY | ATTN: HALLGREN, ERIC 120 S CENTRAL AVE CLAYTON MO 63105 |
| NATIONAL CITY BANK | ATTN: DAVE MELARAGNO 6750 MILLER ROAD BRECKSVILLE OH 44141 |
| NATIONAL CITY BANK | ATTN: CHRISTOPHER B. GRIBBLE ONE NATIONAL CITY CENTER 101 WEST WASHINGTON ST (LOCATOR 60-400S) INDIANAPOLIS IN 46255 |
| NATIONAL LEASING GROUP INC. L#2254754 | 1558 WILLSON PL. WINNIPEG MN R3T OY4 CANADA |
| NOVA SCOTIA SECURITIES COMMISSION | ATTN: FOI OFFICER 2ND FLOOR, JOSEPH HOWE BUILDING 1690 HOLLIS STREET P.O. BOX 458 HALIFAX NS B3J 3J9 CANADA |
| OFFICE OF THE ATTORNEY GENERAL SECURITIES DIVISION | ATTN: DEPUTY REGISTRAR, SECURITIES ACT 95 ROCHFORD STREET, 4TH FLOOR SHAW BUILDING P.O. BOX 2000 CHARLOTTETOWN PE C1A 7N8 CANADA |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING STREET LOCKBOX 35 WILMINGTON DE 19801 |
| OFFICE TEAM | 12400 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| ONTARIO SECURITIES COMMISSIONS | ATTN: CONTACT CENTER, INSIDER REPORTING SUITE 1900, BOX 55 20 QUEEN STREET WEST TORONTO ON M5H 3S8 CANADA |
| PACHULSKI STANG SIEHL JONES | ATTN: LAURA DAVIS JONES, ESQ. ATTN: MARK M. BILLION, ESQ. (COUNSEL FOR THE DIP LENDERS AND LENDER GROUP) 919 NORTH MARKET STREET, 17TH FLOOR WILMINGTON DE 19899-8705 |
| PANGAEA | MARK MAGLAYA 311 S. WACKER DR SUITE 5200 CHICAGO IL 60606 |
| PANGAEA | DAVID SCHMUCK 200 SOUTH WACKER DRIVE SUITE 3100 CHICAGO IL 60606 |
| PANGAEA | ATTN: MAGLAYA, MARK 311 S. WACKER DR., SUITE 5200 CHICAGO IL 60606 |
| PANGAEA | ATTN: SCHMUCK, DAVID 200 SOUTH WACKER DRIVE, SUITE 3100 CHICAGO IL 60606 |
| PANGAEA CLO 2007-1 | ATTN: STEVEN GATH C/O US BANK NA ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| PARAGRAPH, INC. | 417 NORTH 8TH STREET #300 PHILADELPHIA PA 19123 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES | ATTN: PHIL GEARY 5500 EXPLORER DRIVE MISSISSAUGA ON L4W 5C7 CANADA |
| PRICE WATERHOUSE COOPERS LLP | PO BOX 75647 CHICAGO IL 60675-5647 |
| PROSKAUER ROSE LLP | 1585 BROADWAY NEW YORK NY 10036-8299 |
| PROSKAUER ROSE LLP | ATTN: CHARLES DROPKIN, PARTNER 1585 BROADWAY NEW YORK NY 10036-8299 |
| PROSKAUER ROSE LLP | ATTN: JAMES P. GERKIS, ESQ. (JIM), PARTNER 1585 BROADWAY NEW YORK NY 10036-8299 |
| PROSKAUER ROSE LLP | ATTN: JOSHUA THOMPSON, FINANCE PARTNER 1585 BROADWAY NEW YORK NY 10036-8299 |
| PROSKAUER ROSE LLP | ATTN: ALAN PARNES, TAX PARTNER 1585 BROADWAY NEW YORK NY 10036-8299 |
| PROSKAUER ROSE LLP | ATTN: ABRAHAM GUTWEIN, TAX SENIOR COUNSEL 1585 BROADWAY NEW YORK NY 10036-8299 |
| PROSKAUER ROSE LLP | ATTN: FREDELINA (HOPE) GARCIA, ASSOC 1585 BROADWAY NEW YORK NY 10036-8299 |
| PROSKAUER ROSE LLP | ATTN: MARK K. THOMAS,PARTNER THREE FIRST NATIONAL PLAZA 70 WEST MADISON, SUITE 3800 CHICAGO IL 60602 |

| Claim Name | Address Information |
|---|---|
| PROSKAUER ROSE LLP | ATTN: PAUL POSSINGER, PARTNER THREE FIRST NATIONAL PLAZA 70 WEST MADISON, SUITE 3800 CHICAGO IL 60602 |
| PROSKAUER ROSE LLP | ATTN: JEREMY STILLINGS, ATTORNEY AT LAW THREE FIRST NATIONAL PLAZA 70 WEST MADISON, SUITE 3800 CHICAGO IL 60602 |
| PROSKAUER ROSE LLP | ATTN: JEREMY T. STILLINGS, ESQ. (COUNSEL FOR TLC VISION (USA) CORPORATION, TLC VISION CORPORATION & TLC MANAGEMENT SERVICES,INC.) 70 W. MADISON CHICAGO IL 60602 |
| RED RIVER CLO LTD | ATTN: DATA TEAM/TRAVIS PUCKETT C/O HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL ROAD, SUITE 800 DALLAS TX 75420 |
| REGISTRAR OF SECURITIES | DEPARTMENT OF JUSTICE/GOVERNMENT OF NUNAVUT 1ST FLOOR BROWN BUILDING P.O. BOX 1000, STATION 570 IQALUIT NU X0A 0H0 CANADA |
| REGISTRAR OF SECURITIES | DEPARTMENT OF JUSTICE/GOVERNMENT OF THE NORTHWEST TERRITORIES ATTN: REGISTRAR, SECURITIES & CORPORATE REGIS 1ST FLOOR STUART M. HODGSON BUILDING 5009 – 49TH STREET P.O. BOX 1320 YELLOWKNIFE NT X1A 2LP CANADA |
| REGISTRAR OF SECURITIES | CORPORATE AFFAIRS/COMMUNITY SERVICES 2130 – SECOND AVENUE, P.O. BOX 2703 WHITEHORSE YT Y1A 5H6 CANADA |
| RICHARDS, LAYTON & FINGER | ATTN: MARK D. COLLINS, DIRECTOR ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 |
| ROBERT HALF MANAGEMENT RESOURCES | PO BOX 60000 SAN FRANCISCO CA 94160-3484 |
| ROCKWALL CDO II LTD | ATTN: TRAVIS PUCKETT C/O HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| ROSENBERG MEDIA | 14413 AUTUMN BRANCH TERR BOYDS MD 20841 |
| ROYAL BANK OF CANADA | JAYA KRISHNAN 200 BAY STREET TORONTO ON M5J 2J5 CANADA |
| ROYAL BANK OF CANADA | ATTN: KRISHNAN, JAYA 200 BAY STREET TORONTO ON M5J 2J5 CANADA |
| ROYAL BANK OF CANADA | ATTN: HORROCKS, MARK 200 BAY STREET 7TH FLOOR SOUTH TOWER TORONTO ON M5J 2J5 CANADA |
| ROYAL BANK OF CANADA | ATTN: MCFARLANE, TRACY 200 BAY STREET 12TH FLOOR SOUTH TOWER TORONTO ON M5J 2W7 CANADA |
| ROYAL BANK OF CANADA | DEAN SAS 1 LIBERTY PLAZA 6TH FLOOR NEW YORK NY 10006 |
| ROYAL BANK OF CANADA | ATTN: SAS, DEAN 6TH FLOOR, 1 LIBERTY PLAZA, 165 BROADWAY NEW YORK NY 10006 |
| ROYAL BANK OF CANADA | ATTN: MACARTHUR, GORDON ONE LIBERTY PLAZA, 4TH FLOOR ONE LIBERTY PLAZA, 5TH FLR. NEW YORK NY 10006 |
| ROYAL BANK OF CANADA | ATTN: MANAGER, LOANS ADMINISTRATION LOANS ADMINISTRATION ONE LIBERTY PLAZA, 3RD FLOOR NEW YORK NY 10006-1404 |
| RUBIN, BROWN, GORNSTEIN & CO LLP | PO BOX 790379 ST LOUIS MO 63179 |
| RUMOR ADVERTISING INTERACTIVE DESIGN | 455 NORTH 400 WEST SALT LAKE CITY UT 84103 |
| SARGAS CLO I LTD | ATTN: ANDREW HUDSON C/O US BANK NA ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| SASKATCHEWAN FINANCIAL SERVICES | COMMISSION – SECURITIES DIVISION ATTN: DEPUTY DIRECTOR, CORPORATE FINANCE 6TH FLOOR, 1919 SASKATCHEWAN DRIVE REGINA SK S4P 3V7 CANADA |
| SECRETARY OF TREASURY | P.O. BOX 7040 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20020 |
| SECURITIES ADMINISTRATION BRANCH | ATTN: DEPUTY ADMINISTRATOR, CAPITAL MARKET 133 PRINCE WILLIAM STREET, SUITE 606 P.O. BOX 5001 SAINT JOHN NB E2L 4Y9 CANADA |
| SECURITIES AND EXCHANGE COMMISSION | NORTHEAST REGIONAL OFFICE ATTN: MARK SCHONFELD, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES COMMISSION OF NEWFOUNDLAND AND | LABRADOR ATTN: DIRECTOR OF SECURITIES P.O. BOX 8700 2ND FLOOR, WEST BLOCK CONFEDERATION BUILDING ST. JOHN'S NL A1B 4J6 CANADA |
| SOUTHFORK CLO LTD | ATTN: DATA TEAM C/O HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |

| Claim Name | Address Information |
|---|---|
| SPRING RD 2007-1 FKA ML 2007-1 | ATTN: JAMES TRUONG C/O DEUTSHE BANK (CLO ADMIN GROUP) 1761 E. ST. ANDREW PLACE SANTA ANA CA 92705 |
| STATE OF DELAWARE | DIVISION OF REVENUE-8TH FLOOR ATTN: RANDY R. WELLER-MS#25 820 N. FRENCH STREET WILMINGTON DE 19801-0820 |
| STEVE RASCHE | 12442 CINEMA LANE ST. LOUIS MO 63217 |
| STIKEMAN ELLIOTT LLP | ATTN: MARVIN YONTEF, PARTNER 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |
| STIKEMAN ELLIOTT LLP | ATTN: ELIZABETH BREEN, PARTNER 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |
| STIKEMAN ELLIOTT LLP | ATTN: SEAN DUNPHY, PARTNER 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |
| STIKEMAN ELLIOTT LLP | ATTN: JUSTIN PARAPPALLY, ASSOCIATE 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |
| STOCK EXCHANGE TOWER | P.O. BOX 246, 22ND FLOOR 800 VICTORIA SQUARE MONTREAL PQ H4Z 1G3 CANADA |
| TARGETBASE | MARC DBA TARGETBASE PO BOX 844244 DALLAS TX 75284-4244 |
| TECHNOLAS US, LLC | 3365 TREE COURT INDUSTRIAL BLVD. ST. LOUIS MO 63122 |
| THE MANITOBA SECURITIES COMMISSION | ATTN: ASSISTANT COUNSEL 1130 - 405 BROADWAY AVENUE WINNIPEG MB R3C 3L6 CANADA |
| THOUGHT EQUITY MOTION INC | 1530 16TH ST 6TH FL DENVER CO 80202 |
| TLC THE LASER CENTER INC. | ATTN: JEANETTE BROEREN 5280 SOLAR DRIVE MISSISSAUGA ON L4W 5M8 CANADA |
| TLC VISION CORPORATION | ATTN: JIM TIFFANY, PRES COO 16305 SWINGLEY RIDGE ROAD, SUITE 300 CHESTERFIELD MO 63017 |
| TLC VISION CORPORATION | ATTN: WARREN RUSTAND, CHAIRMAN 16305 SWINGLEY RIDGE ROAD, SUITE 300 CHESTERFIELD MO 63017 |
| TLC VISION CORPORATION | ATTN: JIM HYLAND, VP INVESTOR RELATIONS 16305 SWINGLEY RIDGE ROAD, SUITE 300 CHESTERFIELD MO 63017 |
| TLC VISION CORPORATION | ATTN: STEVE TUCKER, VP, FNCE REFRACTIVE CNTR 16305 SWINGLEY RIDGE ROAD, SUITE 300 CHESTERFIELD MO 63017 |
| TLC VISION CORPORATION | ATTN: PATRICIA LARSON, ASSOC GNRL CNSL 16305 SWINGLEY RIDGE ROAD, SUITE 300 CHESTERFIELD MO 63017 |
| TLC VISION CORPORATION | ATTN: DRUE HOOD, CONTROLLER 16305 SWINGLEY RIDGE ROAD, SUITE 300 CHESTERFIELD MO 63017 |
| TLC VISION CORPORATION | ATTN: JONATHAN COMPTON, TAX DIRECTOR 16305 SWINGLEY RIDGE ROAD, SUITE 300 CHESTERFIELD MO 63017 |
| TLC VISION CORPORATION | ATTN: DIANA NILHAS, TREASURER 16305 SWINGLEY RIDGE ROAD, SUITE 300 CHESTERFIELD MO 63017 |
| TORONTO STOCK EXCHANGE (TMX GROUP, INC.) | C/O PLUS ONE INC. FIRST CANADIAN PLACE 77 ADELAIDE STREET WEST TORONTO ON M5X 1A4 CANADA |
| TORYS LLP | ATTN: DAVID A. CHAIKOF, PARTNER 79 WELLINGTON STREET WEST, SUITE 3000 BOX 270, TD CENTRE TORONTO ON M5K 1N2 CANADA |
| TORYS LLP | ATTN: MICHAEL B. ROTSZTAIN, PARTNER 79 WELLINGTON STREET WEST, SUITE 3000 BOX 270, TD CENTRE TORONTO ON M5K 1N2 CANADA |
| TORYS LLP | ATTN: THOMAS H. YEO, PARTNER 79 WELLINGTON STREET WEST, SUITE 3000 BOX 270, TD CENTRE TORONTO ON M5K 1N2 CANADA |
| TORYS LLP | ATTN: SCOTT BOMHOF, PARTNER 79 WELLINGTON STREET WEST, SUITE 3000 BOX 270, TD CENTRE TORONTO ON M5K 1N2 CANADA |
| TORYS LLP | ATTN: ALISON HARNICK, ASSOCIATE 79 WELLINGTON STREET WEST, SUITE 3000 BOX 270, TD CENTRE TORONTO ON M5K 1N2 CANADA |
| TORYS LLP | ATTN: ADAM SLAVENS, ASSOCIATE 79 WELLINGTON STREET WEST, SUITE 3000 BOX 270, TD CENTRE TORONTO ON M5K 1N2 CANADA |
| TORYS LLP | ATTN: ANDREW J. BECK, PARTNER |
| U.S. ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE ATTN: MICHAEL B. MUKASEY 950 PENNSYLVANIA ANE., NW WASHINGTON DC 20530-0001 |
| U.S. ATTORNEY'S OFFICE | ATTN: ELLEN W. SLIGHTS 1007 NORTH ORANGE STREET, SUITE 700 P.O. BOX 2046 |

| Claim Name | Address Information |
|---|---|
| U.S. ATTORNEY'S OFFICE | WILMINGTON DE 19899-2046 |
| UNITED HEALTHCARE INSURANCE COMPANY | 22561 NETWORK PL CHICAGO IL 60673 |
| VISION SERVICE PLAN | 9500 CORKSCREW PALM CIRCLE, STE. 3 ESTERO FL 33928 |
| WELLS FARGO BANK, NA | AS ADMINISTRATIVE AGENT 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| YECK BROTHERS COMPANY | PO BOX 225 DAYTON OH 45401-0225 |

**Total Creditor Count 260**