# Appendix B

# Financial Projections

# TO COME