# Appendix C

# Liquidation Analysis

# TO COME