# Appendix D

## Selected Financial Data for the Periods from [_____]

## TO COME