# Appendix E

## Identified Medical Claims

## TO COME