IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TLC Vision (USA) Corporation, *et al.*,[1] ) | Case No. 09-14473 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | **Hearing Date: Jan. 22, 2010 at 11:30 a.m.** |
| ) | **Deadline to Object to Proposed Cure Amounts: Jan. 22, 2010 at 11:30 a.m.** |
| ) | |

**NOTICE OF FILING OF CONTRACT & CURE SCHEDULE IN ACCORDANCE WITH THE DEBTORS' MOTION FOR ENTRY
OF ORDER (A) AUTHORIZING THE SALE OF THE DEBTORS'
CANADIAN OPERATIONS FREE AND CLEAR OF ALL LIENS,
CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AND
(B) GRANTING CERTAIN RELATED RELIEF**

**PLEASE REVIEW THE CONTRACT & CURE SCHEDULE ATTACHED
HERETO AS EXHIBIT A TO DETERMINE IF YOU ARE A COUNTERPARTY TO A
PURCHASED CONTRACT (REFERENCED BELOW)**

**PLEASE TAKE NOTICE** that on December 21, 2009, the above-captioned debtors and debtors in possession filed that certain Motion for Entry of Order (A) Authorizing the Sale of the Debtors' Canadian Operations Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (B) Granting Certain Related Relief [*Docket No. 22*] (the "Canadian Sale Motion") (each capitalized term used but not defined herein shall have the meaning ascribed thereto in the Canadian Sale Motion). The Canadian Sale Motion seeks authority for the Debtors to sell their Canadian Operations to the Purchaser pursuant to the Purchase Agreement. **A copy of the Purchase Agreement is attached as Exhibit 1 to the proposed Sale Order.**

---

[1] The Debtors in the cases, along with the case number, last four digits of each Debtor's federal tax identification number and address are: TLC Vision (USA) Corporation (09-14473) (6220) 16305 Swingley Ridge Road, Chesterfield, MO 63017; TLC Vision Corporation (09-14475) (1150) 5280 Solar Drive, Suite 300, Mississauga, Ontario, L4W 5M8; and TLC Management Services Inc. (09-14476) (0374) 1209 Orange Street, Wilmington, DE 19801.

RLF1 3526442v.1

**PLEASE TAKE FURTHER NOTICE** that attached hereto is the Contract & Cure Schedule that identifies Purchased Contracts under the Purchase Agreement and Cure Amounts proposed by the Debtors.

**PLEASE TAKE FURTHER NOTICE that objections, if any, to the proposed Cure Amount for the assumption of such Purchased Contract set forth in the Contract & Cure Schedule must be filed with the Bankruptcy Court and served upon the following parties on or before January 22, 2010 at 11:30 a.m. (prevailing Eastern Time):** (1) the Debtors, c/o TLC Vision (USA) Corporation, 16305 Swingley Ridge Road, Chesterfield, Missouri 63017, Attn: William McManus; (2) counsel to the Debtors, Proskauer Rose LLP, 70 West Madison St., Chicago, Illinois, 60610, Attn: Jeremy T. Stillings; (3) the Office of the United States Trustee, District of Delaware, 844 King Street, Room 2202, Wilmington, Delaware 19801, Attn: Mark Kenney; and (4) counsel for the Prepetition Lenders, Bingham McCutcheon LLP, 399 Park Avenue, New York, New York 10022-4689, Attn: Jeffrey Sabin (collectively, the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that all other objections to the Canadian Sale Motion must be filed with the Bankruptcy Court and served on the Notice Parties no later than **January 15, 2010 at 5:00 p.m. (prevailing Eastern time).**

| | |
|---|---|
| Dated: January 12, 2010<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ signature*<br><br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Chun I. Jang (No. 4790)<br>Andrew C. Irgens (No. 5193)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 651-7700<br>Fax: (302) 651-7701<br><br>- and -<br><br>**PROSKAUER ROSE LLP**<br>Mark K. Thomas (admitted *pro hac vice*)<br>Paul V. Possinger (admitted *pro hac vice*)<br>Jeremy T. Stillings (admitted *pro hac vice*)<br>Three First National Plaza<br>70 West Madison, Suite 3800<br>Chicago, Illinois 60602-4342<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551 |

# EXHIBIT A

## Contract & Cure Schedule

## TLC Vision Corporation and
## TLC Vision (USA) Corporation

Schedule of Assumed Contracts and Cure Amounts for Purchase Agreement
Dated as of December 20, 2009 Between TLC Vision Corporation and 7289499 Canada, Inc.

| Counter Party to Purchased Contract | Nature of Purchased Contract | Debtor Party to Purchased Contract | Proposed Cure Amount |
|---|---|---|---|
| Advanced Knowledge Networks Inc. | Master Services Agreement (as amended on 11/26/08) | TLC Vision Corporation | $5,364.11 |
| AMO Sales and Service, Inc. as successor in interest and/or assignee to Intralase Corp. | Lease Agreement Certificate incorporating the terms of the Amended and Restated Master Capital Lease Agreement dated 12/18/07 (Mississauga) | TLC Vision Corporation | $344,589.28 |
| AMO Sales and Service, Inc. as successor in interest and/or assignee to Intralase Corp. | Lease Agreement Certificate incorporating the terms of the Amended and Restated Master Capital Lease Agreement dated 12/18/07 (Waterloo and London) | TLC Vision Corporation | $0 |
| AMO Sales and Service, Inc. as successor in interest and/or assignee to Intralase Corp. | Lease Agreement Certificate incorporating the terms of the Amended and Restated Master Capital Lease Agreement dated 12/18/07 (Halifax) | TLC Vision Corporation | $0 |
| AMO Sales and Service, Inc. as successor in interest and/or assignee to Intralase Corp. | Lease Agreement Certificate incorporating the terms of the Amended and Restated Master Capital Lease Agreement dated 12/18/07 (Moncton) | TLC Vision Corporation | $0 |
| Bausch & Lomb Incorporated | Service Support Agreement | TLC Vision Corporation | $0 |

RLF1 3526442v.1

| Counter Party to Purchased Contract | Nature of Purchased Contract | Debtor Party to Purchased Contract | Proposed Cure Amount |
|---|---|---|---|
| Bonnie Hoffman | Confidentiality and Non-Competition Agreement | TLC Vision Corporation f/k/a TLC The Laser Center Inc. and TLC Laser Eye Center – Waterloo | $0 |
| Bruce D. Nichols, M.D. | Refractive Physician's Agreement | TLC Vision Corporation f/k/a TLC The Laser Center Inc. | $0 |
| Chris Craigman | Non-Competition Agreement | TLC Vision Corporation f/k/a TLC The Laser Center Inc. | $0 |
| CityClean | Rental & Service Agreement | TLC Vision Corporation | $222.77 |
| CS Document Imaging Partners Inc. | Maintenance and Connectivity Support Agreement | TLC Vision Corporation | $0 |
| Daniel DeGrace | Confidentiality and Non-Competition Agreement | TLC Vision Corporation f/k/a TLC The Laser Center Inc. and TLC Laser Eye Centers – Moncton | $0 |
| Dean Smith, M.D. | Management Services and Facility Access Agreement | TLC Vision Corporation | $0 |
| Dr. Angela Yoon | Professional Services Agreement | TLC Vision Corporation | $0 |
| Dr. Chris Surdykowski | Professional Services Agreement | TLC Vision Corporation | $0 |
| Dr. Christina Schropp | Professional Services Agreement | TLC Vision Corporation f/k/a TLC The Laser Center Inc. | $0 |
| Dr. Jeff Speers | Professional Services Agreement | TLC Vision Corporation | $0 |
| Dr. Karen Stafford | Professional Services Agreement | TLC Vision Corporation | $0 |
| Dr. Lisa Willms | Professional Services Agreement | TLC Vision Corporation | $0 |
| Dr. Meena Agarwal | Professional Services Agreement | TLC Vision Corporation | $0 |
| Dr. Paula Brokenshire | Professional Services Agreement | TLC Vision Corporation | $0 |
| Dr. Rhonda Kerzner | Professional Services Agreement | TLC Vision Corporation | $0 |

| Counter Party to Purchased Contract | Nature of Purchased Contract | Debtor Party to Purchased Contract | Proposed Cure Amount |
|---|---|---|---|
| Dr. Shilpa Patil | Professional Services Agreement | TLC Vision Corporation | $0 |
| Dr. Ted Smith | Professional Services Agreement | TLC Vision Corporation | $0 |
| Dr. Tim Maillet | Professional Services Agreement | TLC Vision Corporation and TLC Moncton | $0 |
| Dr. Tim Wilbee | Professional Services Agreement | TLC Vision Corporation | $0 |
| Dr. Tom Carton | Professional Services Agreement | TLC Vision Corporation | $0 |
| Dr. Vishakha Thakrar | Professional Services Agreement | TLC Vision Corporation | $0 |
| Francotyp Postalia Mailing Solutions | Rental Agreement | TLC Vision Corporation | $210.00 |
| Hugh G. Jellie Medicine Professional Corporation | Surgery Agreement | TLC Vision Corporation | $0 |
| Hugh Jellie, MD | Lease Agreement | TLC Vision Corporation | $0 |
| Johnson Controls | Service Maintenance Agreement | TLC Vision Corporation | $0 |
| Kelly Addeman | Confidentiality and Equipment Agreement | TLC Vision Corporation | $0 |
| Kelly-Ann Smith | Confidentiality, Non-Competition and Equipment Agreement | TLC Vision (USA) Corporation | $0 |
| Kristina Polsinelli, MD, CCFP | Physician Agreement | TLC Vision Corporation, as successor to TLC The London Laser Center Inc. | $0 |
| Marcy Patten | Confidentiality, Non-Competition and Equipment Agreement | TLC Vision (USA) Corporation | $0 |
| Mary Heer | Confidentiality, Non-Competition and Equipment Agreement | TLC Vision (USA) Corporation | $0 |
| MCAP Leasing Ltd. Dba Document Imaging Partners | Lease Equipment Agreement | TLC Vision Corporation | $441.58 |

3

| Counter Party to Purchased Contract | Nature of Purchased Contract | Debtor Party to Purchased Contract | Proposed Cure Amount |
|---|---|---|---|
| Michele McLaughlin | Confidentiality and Non-Competition Agreement | TLC Vision Corporation f/k/a TLC The Laser Center Inc. and TLC Laser Eye Center – Waterloo | $0 |
| Nick Nianiairis, MD | Management Services and Facility Access Agreement | TLC Vision Corporation | $0 |
| Nick Nianiaris, MD | Medical Director | TLC Vision (USA) Corporation | $0 |
| Peter Breau | Confidentiality and Non-Competition Agreement | TLC Vision Corporation f/k/a TLC The Laser Center Inc. and TLC Moncton | $0 |
| Pitney-Bowes | Lease/Rent/ Purchase Agreement | TLC Vision Corporation | $0 |
| SITQ National, Inc. | Property Lease | TLC Vision Corporation | $0 |
| The Great-West Life Assurance Company | Property Lease | TLC Vision Corporation | $0 |
| TLC The Laser Center (Moncton) Inc. | License Agreement | TLC Vision Corporation f/k/a TLC The Laser Center Inc. | $0 |
| TLC The Laser Center (Moncton) Inc. | Security Agreement | TLC Vision Corporation f/k/a TLC The Laser Center Inc. | $0 |
| TLC The Laser Center (Moncton) Inc. & Atlantic Laser Investments Ltd. | Shareholder's Agreement | TLC Vision Corporation f/k/a TLC The Laser Center Inc. | $0 |
| Truscan Property Corporation and Osmington London City Center Inc. | Property Lease | TLC Vision Corporation | $0 |
| University of Waterloo | Development and MSA (as amended) | TLC Vision Corporation f/k/a TLC The Laser Center Inc. | $586.39 |
| VISX USA, Inc. | VISX Products Lease | TLC Vision (USA) Corporation | $0 |
| Xerox Canada Ltd. | Full Service Maintenance Agreement | TLC Vision Corporation | $1,320.67 |

4