IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TLC VISION (USA) CORPORATION, *et al.*[1] | ) Case No. 09-14473 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) Re: Docket Nos. 10, 40 |

**ORDER AMENDING INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364 AND 507 (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING WITH PRIORITY OVER CERTAIN SECURED INDEBTEDNESS AND WITH ADMINISTRATIVE SUPERPRIORITY, (2) AUTHORIZING USE OF CASH COLLATERAL, (3) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (4) GRANTING ADEQUATE PROTECTION, (5) MODIFYING AUTOMATIC STAY, AND (6) SCHEDULING A FINAL HEARING**

Upon the motion [Docket No. 10] (the "DIP Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") seeking entry of an order approving debtor-in-possession financing and related relief; the Court having considered the DIP Motion, the Affidavit of Michael F. Gries in support of the chapter 11 petitions and first day motions, the exhibits attached thereto, the DIP Documents, and the evidence submitted or adduced and the arguments of counsel made at an interim hearing on the DIP Motion held on December 22, 2009; the Court having entered on December 22, 2009 an interim order authorizing the Debtors to obtain secured postpetition financing on an interim basis and granting adequate protection on account of the interest of the holders of liens on the property of the Debtors on which liens are to be granted [Docket No. 40] (the "Interim Order") (each capitalized term used but not defined herein shall have the meaning ascribed thereto in the Interim Order); the creditors' committee appointed in these chapter 11 cases (the "Committee") having filed an

---

[1] The Debtors in these cases are: of TLC Vision (USA) Corporation, TLC Vision Corporation and TLC Management Services, Inc. The Debtors corporate offices are located at 16305 Swingley Road, Suite 300, Chesterfield, MO 63017

A/73256573 6
1124/74009-001 Current/17441597v1
1124/74009-001 Current/17442026v1
RLF1 3530343v1

objection to the relief requested in the DIP Motion [Docket No. 133] (the "Committee Objection"); the Court having held a further hearing on the DIP Motion on January 22, 2010 (the "Final Hearing"); and the Debtors, the Committee and the DIP Lenders being in agreement:

**IT IS HEREBY ORDERED THAT:**

1. Other than as set forth herein, the Interim Order shall remain in full force and effect in accordance with its terms.

2. Paragraph 10 of the Interim Order is amended by adding the following sentence as the last sentence thereto:

> "From and at all times after January 21, 2010, no payments shall be made to (i) ETW Corp. (or any affiliate thereof) in connection with the Agreement dated as of January 1, 2008 between ETW Corp. and TLC Vision Corporation, or otherwise, and (ii) James C. Wachtman in connection with the Separation and Release Agreement dated June 5, 2009 between James C. Wachtman and TLC Vision Corporation, or otherwise, unless consented to in writing by the Required DIP Lenders or approved by the Bankruptcy Court after notice and hearing."

3. For purposes of the Interim Order: (a) Permitted Encumbrances shall include any liens that were valid, senior and prior to those of the Prepetition Lenders, perfected and non-avoidable under applicable law as of the Petition Date; and (b) AMO Sales & Service, Inc., or its affiliates (as applicable) ("AMO") shall constitute a Permitted Encumbrance to the extent that AMO possessed a lien that was valid, senior and prior to those of the Prepetition Lenders and perfected under applicable law as of the Petition Date, provided, however, that nothing herein shall constitute a finding or ruling by this Court that any such Permitted Encumbrances are valid, senior, enforceable, prior, perfected or non-avoidable.

4. The amended Budget attached hereto as **Exhibit A** replaces the Budget attached to the Interim DIP Order.

5. The Final Hearing is continued to February 3, 2010 at 3:00 p.m. (the "Continued Hearing").

6. The Committee Objection shall be heard at the Continued Hearing.

Dated: January 22, 2010
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE