# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TLC Vision (USA) Corporation, et al., | Case No. 09-14473 (KG) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: February 17, 2010 at 11:30 a.m.<br>Objection deadline: February 10, 2010 at 4:00 p.m. |

## NOTICE OF APPLICATION

TO: Counsel for the Debtors;
United States Trustee;
The Debtors' Secured Lenders; and
All Parties Requesting Notice

On January 29, 2010, the Official Committee of Unsecured Creditors (the "Applicant") filed the application (the "Application") for an Order authorizing the employment and retention of NHB Advisors, Inc. as financial advisors to the Committee *nunc pro tunc* to January 8, 2010.

If you object to the relief requested by the Application, you are required to file a response on or before **February 10, 2010, at 4:00 p.m.** At the same time, you must also serve a copy of the response upon Applicant's proposed attorneys:

| | |
|---|---|
| David Neier, Esquire | Stephen M. Miller, Esquire |
| Rolf Woolner, Esquire | Jeffrey R. Waxman, Esquire |
| Keith McDaniels, Esquire | 500 Delaware Avenue, Suite 1500 |
| WINSTON & STRAWN LLP | Wilmington, DE 19801 |
| 200 Park Avenue | Telephone: (302) 888-6800 |
| New York, NY 10166 | Facsimile: (302) 571-1750 |

If objections are filed, a hearing on the Application will be held on **February 17, 2010 at 11:30 a.m.** at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 29, 2010

_____
Jeffrey R. Waxman
Proposed Counsel for Applicant