# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TLC Vision (USA) Corporation, *et al.*,[1] ) | Case No. 09-14473 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Re: Docket No. 22** |
| ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on December 21, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Motion for Entry of Order (A) Authorizing the Sale of the Debtors' Canadian Operations Free and Clear of all Liens, Claims, Encumbrances and Other Interests and (B) Granting Certain Related Relief** [Docket No. 22] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that today the Debtors hereby withdraw the Motion.

---

[1] The Debtors in the cases, along with the last four digits of each Debtor's federal tax identification number and address, are: TLC Vision (USA) Corporation (6220) 16305 Swingley Ridge Road, Chesterfield, MO 63017; TLC Vision Corporation (1150) 5280 Solar Drive, Suite 300, Mississauga, Ontario, L4W 5M8; and TLC Management Services, Inc. (0374) 1209 Orange Street, Wilmington, DE 19801.

RLF1 3538149v.1

Dated: February 16, 2010
Wilmington, Delaware

Respectfully submitted,

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Chun I. Jang (No. 4790)
Andrew C. Irgens (No. 5193)
Tyler D. Semmelman (No. 5386)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**PROSKAUER ROSE LLP**
Mark K. Thomas (admitted *pro hac vice*)
Paul V. Possinger (admitted *pro hac vice*)
Jeremy T. Stillings (admitted *pro hac vice*)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602-4342
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

Co-counsel to Debtors and Debtors in Possession