IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TLC VISION (USA) CORPORATION, et al.,[1] | Case No. 09-14473 (KG) (Jointly Adminstered) |
| Debtors. | **Re: Docket No. 185** |

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT AND RETENTION OF NHB ADVISORS, INC. *NUNC PRO TUNC* TO JANUARY 8, 2010 AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors") for entry of an order, pursuant to Bankruptcy Code[2] §§ 328, 1103(a) and 1103(b), Bankruptcy Rules 2014(a) and 2016 and Local Bankruptcy Rule 2014-1 authorizing the employment and retention of NHB Advisors, Inc. ("NHB") as financial advisors to the Committee *nunc pro tunc* to January 8, 2010; and upon consideration of the declaration of Edward T. Gavin, CTP in support of the Application (the "Gavin Declaration"); and the Court having found, based upon the representations made in the Application and the Gavin Declaration that (i) NHB is a "disinterested person" as that term is defined in 101(14) of the Bankruptcy Code and (ii) the employment of NHB is necessary and in the best interest of the Debtors' estates; and appearing that due notice of the Application has been given and that no other or further notice need be given; and

---

[1] The Debtors in the case, along with the last four digits of each Debtor's federal tax identification number and address, are: TLC Vision (USA) Corporation (6220) 16305 Swingley Ridge Road, Chesterfield, MO 63017; TLC Vision Corporation (1150) 5280 Solar Drive, Suite 300, Mississauga, Ontario, L4W 5M8; and TLC Management Services, Inc. (0374) 1209 Orange Street, Wilmington, DE 19801.

[2] All capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Application.

after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Application is GRANTED on the terms and conditions set forth herein.

2. In accordance with 11 U.S.C. §§ 328 and 1103, the Committee is authorized to employ and retain NHB, effective as of January 8, 2010, as its financial advisors in these Chapter 11 cases pursuant to the terms set forth in the Application, and NHB is authorized to perform the services set forth in the Application.

3. NHB shall file Monthly Fee Applications in accordance with the Application, the applicable Federal Rules of Bankruptcy Procedure, the Rules of this Court, and any Order entered by this Court with respect to compensation of professionals.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Feb. 17, 2010
Wilmington, Delaware

The Honorable Kevin Gross
United States Bankruptcy Judge