UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TLC Vision (USA) Corporation, et al.,[1] | ) Case No. 09-14473 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 28, 2010 AT 1:00 P.M.

*AS THERE ARE NO MATTERS CURRENTLY SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED*

I.  **UNCONTESTED MATTERS**

1.  Objection to the Purported Class Proofs of Claim Filed by John Hollman, Claim Nos. 200, 201 and 202 [Docket No. 454; 4/14/10]

    Objection Deadline: April 23, 2010 at 4:00 p.m.

    Objections/Responses Received: None at this time.

    Related Documents:

    i.  Motion of Debtors for an Order Shortening Notice with Respect to Objection to the Purported Class Proofs of Claim Filed by John Hollman, Claim Nos. 200, 201 and 202 [Docket No. 455; filed 4/14/10]

    ii. Order Shortening Notice Period for Objection to the Purported Class Proofs of Claim Filed by John Hollman, Claim Nos. 200, 201 and 202 [Docket No. 457; filed 4/15/10]

    iii. Joinder of The Official Committee of Unsecured Creditors to the Debtors' Objection to the Purported Class Proofs of Claim Filed by John Hollman, Claim Nos. 200, 201 and 202 [Docket No. 479; filed 4/21/10]

---

[1] The Debtors in the cases, along with the last four digits of each Debtor's federal tax identification number and address, are: TLC Vision (USA) Corporation (6220) 16305 Swingley Ridge Road, Chesterfield, MO 63017; TLC Vision Corporation (1150) 5280 Solar Drive, Suite 300, Mississauga, Ontario, L4W 5M8; and TLC Management Services, Inc (0374) 1209 Orange Street, Wilmington, DE 19801

iv.  Withdrawal of Class Proofs of Claim (Claims 200, 201 and 202 [Docket No. 493; filed 4/23/10]

Status: The Debtors' objection has been mooted by the withdrawal of the class proofs of claim. According, the hearing on this matter is not going forward.

## II. CONTESTED MATTERS

2. Motion of the Plaintiff John Hollman, on Behalf of Himself and Others Similarly Situated, for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 407; filed 3/29/10]

   Objection Deadline: April 9, 2010 at 4:00 p.m.

   Objections/Responses Received:

   A. Debtors' Objection to the Motion of the Plaintiff John Hollman, on Behalf of Himself and Others Similarly Situated, for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 439; filed 4/9/10]

   B. Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to the Motion of the Plaintiff John Hollman, on Behalf of Himself and Others Similarly Situated, for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 442; filed 4/13/10]

   Related Documents:

   i. Affidavit of Douglas F. Patrick in Support of the Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 411; filed 3/29/10]

   ii. Affidavit of Douglas F. Patrick in Support of the Motions Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 and for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 443; filed 4/13/10]

   iii. Reply to Debtors' Objection to Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 444; filed 4/13/10]

   iv. Amended Exhibits 10 through 15 of Affidavits [Docket No. 459; filed 4/15/10]

v. Supplemental Memorandum in Support of Motions of Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated (I) for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 and (II) for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 with Respect to His Argument That the Debtors Are Independently Liable to Plaintiff and Class Members and Further Liable by Operation of the Alter Ego Theory [Docket No. 460; filed 4/15/10]

vi. Motion for Leave to File Supplemental Memorandum in Support of Motions of Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated (I) for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 and (II) for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 with Respect to His Argument That the Debtors Are Independently Liable to Plaintiff and Class Members and Further Liable by Operation of the Alter Ego Theory [Docket No. 462; filed 4/15/10]

vii. Affidavit of Stephen R. H. Lewis in Support of the Supplemental Memorandum of Plaintiff John Hollman, in Support of His Argument that Debtors TLC Vision Corporation Is Independently Liable to Plaintiff and Class Members and Further Liable by Operation of the Alter Ego Doctrine [Docket No. 464; filed 4/15/10]

viii. Withdrawal of Class Proofs of Claim (Claims 200, 201 and 202 [Docket No. 493; filed 4/23/10]

Status: The stay relief motion has been mooted by the withdrawal of the class proofs of claim. According, the hearing on this matter is not going forward.

3. Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 436; filed 4/9/10]

Objection Deadline: April 21, 2010 at 4:00 p.m.

Objections/Responses Received:

A. Debtors' Opposition to Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 482; filed 4/21/10]

B. Joinder of the Official Committee of Unsecured Creditors to the Debtors' Opposition to Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018

[Docket No. 487; filed 4/22/10]

Related Documents:

i. Affidavit of Douglas F. Patrick in Support of the Motion Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 437; filed 4/9/10]

ii. Affidavit of Douglas F. Patrick in Support of the Motion Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 - Exhibits 1-3 [Docket No. 438; filed 4/9/10]

iii. Affidavit of Douglas F. Patrick in Support of the Motions Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 and for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 443; filed 4/13/10]

iv. Reply to Debtors' Objection to Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 444; filed 4/13/10]

v. Supplemental Memorandum in Support of Motions of Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, (I) for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 and (II) for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 with Respect to His Argument that the Debtors Are Independently Liable to Plaintiff and Class Members and Further Liable by Operation of the Alter Ego Theory [Docket No. 460; filed 4/15/10]

vi. Affidavit of Stephen R. H. Lewis in Support of the Supplemental Memorandum of Plaintiff John Hollman, in Support of his Arguments that Debtor TLC Vision Corporation is Independently Liable to Plaintiff and Class Members and Further Liable by Operation of the Alter Ego Doctrine [Docket No. 464; filed 4/15/10]

vii. Reply to Debtors' Objection to Motion of the Plaintiffs John Hollman and George Carter for Order Temporarily Allowing Claims for Voting Purposes Under 11 U.S.C. § 502 and FCRP 3018 [Docket No. 494; filed 4/23/10]

Status: The hearing on this matter has been continued to May 5, 2010 at 2:00 p.m. (Eastern Time). The Court will conduct a status conference with respect

4

to this matter via teleconference on April 29, 2010 at 8:30 a.m. (Eastern Time). Parties wishing to participate in the teleconference must call CourtCall via telephone (866-582-6878) or facsimile (866-533-2946).

Dated: April 26, 2010  
       Wilmington, Delaware

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.  
Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Chun I. Jang (No. 4790)  
Andrew C. Irgens (No. 5193)  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701

- and -

**PROSKAUER ROSE LLP**  
Mark K. Thomas (admitted *pro hac vice*)  
Paul V. Possinger (admitted *pro hac vice*)  
Jeremy T. Stillings (admitted *pro hac vice*)  
Three First National Plaza  
70 West Madison, Suite 3800  
Chicago, Illinois 60602-4342  
Telephone: (312) 962-3550  
Facsimile: (312) 962-3551

*Co-Counsel for the Debtors  
and Debtors In Possession*