IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TLC Vision (USA) Corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-14473 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket No. 497** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 27, 2010, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on April 28, 2010 at 1:00 P.M.," dated April 26, 2010 [Docket No. 497], by causing true and correct copies to be:

   a) enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the attached <u>Exhibit A</u>, and

   b) delivered via facsimile to those parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis

Sworn to before me this
27th day of April, 2010

/s/ Notary Public

TIME DARDEN
Notary Public, State Of New York
No. 01DA6198919
Qualified In Kings County
Commission Expires January 5, 2013

---

[1] The Debtors in the cases, along with the last four digits of each Debtor's federal tax identification number and address, are: TLC Vision (USA) Corporation (6220) 16305 Swingley Ridge Road, Chesterfield, MO 63017; TLC Vision Corporation (1150) 5280 Solar Drive, Suite 300, Mississauga, Ontario, L4W 5M8; and TLC Management Services, Inc. (0374) 1209 Orange Street, Wilmington, DE 19801.

T:\Clients\tvision\Affidavits\Ntc of Agenda_DI_497_4-26-10.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| (SUB-ADVISOR TO PANGAEA) | ATTN: O'CONNELL, KELLI 222 N. LASALLE ST CHICAGO IL 60601 |
| ADVANCED MEDICAL OPTICS | PO BOX 9100 POSTAL STATION F TORONTO ON M4Y 3A5 CANADA |
| AMERICAN MONEY | ATTN: MEYER, DAVE 1 EAST FOURTH STREET 14TH FLOOR CINCINNATI OH |
| AMERICAN MONEY | ATTN: ENG, CHESTER 1 EAST FOURTH STREET CINCINNATI OH 45202 |
| AMERICAN MONEY | ATTN: HAVERKAMP, JOE 1 EAST FOURTH STREET CINCINNATI OH 45202 |
| AMERICAN MONEY | ATTN: DICKMAN, DAVID 1 E. FOURTH STREET CINCINNATI OH 45202 |
| AMERICAN OPTOMETRIC ASSOCIATION | AOA/INDUSTRY RELATIONS 243 N. LINDBERG BLVD. ST. LOUIS MO 63141 |
| AMO SALES AND SERVICE, INC | PO BOX 676016 DALLAS TX 75267-6016 |
| ANDREWS KURTH LLP | ATTN: TIMOTHY A. DAVIDSON II (COUNSEL FOR VISION SOURCE L.P.) 600 TRAVIS, SUITE 4200 HOUSTON TX 77002 |
| APIDOS CAPITAL | (AMERICAN CAPITAL ASSET MANAGEMENT'S CLO) ATTN: SUGHRUE, JUSTIN 888 SEVENTH AVE SUITE 408 NEW YORK NY 10106 |
| APIDOS CAPITAL | (AMERICAN CAPITAL ASSET MANAGEMENT'S CLO) ATTN: BERGSTRESSER, GRETCHEN L. 888 SEVENTH AVE SUITE 408 NEW YORK NY 10106 |
| ATRIUM MT, LLC | C/O ATRIUM AT CHESTERFIELD LOCKBOX 23899 NETWORK PL CHICAGO IL 60673-1238 |
| AUTORITE DES MARCHES FINANCIERS (AMF) | (HEAD OFFICE) PLACE DE LA CITE, TOUR COMINAR 2640, BOULEVARD LAURIER, BUREAU 400 SAINTE-FOY PQ G1V 5C1 CANADA |
| BIFFERATO GENTILOTTI LLC | ATTN: GARVAN F. MCDANIEL (COUNSEL TO CERTAIN LENDERS UNDER THE CREDIT AGREEMENT DATED 6/21/07 AND HIGHLAND EQUITY FOCUS FUND, L.P.& HIGHLAND CREDIT OPPORTUNITIES CDO LTD) 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BINGHAM MCCUTCHEN LLP | ATTN: FREDERICK F. EISENBEIGLER, ESQ. (COUNSEL FOR THE DIP LENDERS AND LENDER GROUP) 399 PARK AVENUE NEW YORK NY 10022 |
| BLACKSTONE / GSO CAPITAL PARTNERS | ATTN: YOON, DAVID 280 PARK AVENUE NEW YORK NY 10017 |
| BLACKSTONE / GSO CAPITAL PARTNERS | ATTN: ROCHE, JAMES 280 PARK AVENUE NEW YORK NY 10017 |
| BLACKSTONE / GSO CAPITAL PARTNERS | ATTN: MCMULLEN, DAN 345 PARK AVE, 28TH FLOOR NEW YORK NY 10154 |
| BLACKSTONE / GSO CAPITAL PARTNERS | ATTN: CRIARES, DEAN 345 PARK AVENUE NEW YORK NY 10154 |
| CADWALADER, WICKERSHAM & TAFT, LLP | ATTN: CHRIS MCDERMOTT ATTN: ALEXANDER T. LIN (COUNSEL TO THE DIP AGENT) 227 WEST TRADE STREET CHARLOTTE NC 28202 |
| CANADA MORTGAGE AND HOUSING CORPORATION | C/O PAUL GOORMLEY ONE QUEEN ST. EAST, SUITE 2200 TORONTO ON M5C 2Z2 CANADA |
| CAPITAL SOURCE | ATTN: ZIMMERMAN, DAVID 4445 WILLARD AVE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CAPITAL SOURCE | ATTN: SHEWMON, DEREK 4445 WILLARD AVE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CAPITAL SOURCE | SERGIO KUSHIDA ONE NORTH FRANKLIN STREET SUITE 1800 CHICAGO IL 60606 |
| CAPITAL SOURCE | ATTN: KUSHIDA, SERGIO ONE NORTH FRANKLIN STREET SUITE 1800 CHICAGO IL 60606 |
| CAPITAL SOURCE | ATTN: CASOLARI, CARA 30 S WACKER DR STE 3500 CHICAGO IL 60606 |
| CAPITAL SOURCE | ATTN: STEARNS, CHARLIE 30 S WACKER DR STE 3500 CHICAGO IL 60606 |
| CIFC | ATTN: WALZ, KEVIN 250 PARK AVENUE NEW YORK NY 10117 |
| CIFC | ROBERT STEELMAN 250 PARK AVENUE 5TH FLOOR NEW YORK NY 10177 |
| CIFC | ATTN: STEELMAN, ROBERT 250 PARK AVENUE, 5TH FLOOR NEW YORK NY 10177 |
| CIT | ATTN: HEALEY, MARTIN 505 FIFTH AVE NEW YORK NY 10017 |
| CIT | ATTN: CORRADINO, CJ 505 FIFTH AVE NEW YORK NY 10017 |
| CIT GROUP INC. | ATTN: JOHN BRESNAHAN, VP,EDGEVIEW PARTNERS (CIT) INVESTMENT BANK 505 FIFTH AVENUE NEW YORK NY 10017 |
| CIT GROUP INC. | ATTN: MICHAEL O'ROURKE, ANALYST,CIT HEALTHCARE INVESTMENT BANK 505 FIFTH AVENUE NEW YORK NY 10017 |
| CITIGROUP | MICHAEL SCHLEMBACH 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |
| CITIGROUP | ATTN: SCHLEMBACH, MICHAEL 388 GREENWICH ST, 21ST FL NEW YORK NY 10013 |
| CITIGROUP | ATTN: RUDD, ERICA C/O CITYGROUP GLOBAL MARKETS INC. 390 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP | ATTN: FISHER, ALLEN 388 GREENWICH ST. 23 FLOOR 1ST FLOOR NEW YORK NY 10013 |
| CITIGROUP | ATTN: CHEN, SHEN C/O CITIGROUP GLOBAL MARKETS INC. 390 GREENWICH STREET NEW YORK NY 10013 |

| Claim Name | Address Information |
| --- | --- |
| CITIGROUP | ATTN: CHEN, MARGO 388 GREENWICH ST, 21ST FL NEW YORK NY 10013 |
| CITIGROUP | ATTN: TU, THU C/O CITIGROUP GLOBAL MARKETS INC. 390 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP | ATTN: JU, EUNJI 388 GREENWICH ST., 21ST FL NEW YORK NY 10013 |
| CITIGROUP | ATTN: FLOYD, MARK 388 GREENWICH ST NEW YORK NY 10013 |
| COMMITTEE OF UNSECURED CREDITORS | ATTN: STEVEN R. RASCHE 12442 CINEMA LANE SAINT LOUIS MO 63127 |
| COWEN AND COMPANY LLC | ATT MICHAEL KENDAL 1221 AVE OF THE AMERICAS NEW YORK NY 10020 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX DIVISIONS P.O. BOX 7040 DOVER DE 19903 |
| DIRECT RESULTS MARKETING INC | 333 E CITY AVE #PL-14 BALA CYNWYD PA 19004 |
| DIVISION OF UNEMPLOYMENT INS. | DEPARTMENT OF LABOR 4425 N. MARKET STREET WILMINGTON DE 19802 |
| ERNST & YOUNG | MIKE HICKENBOTHAM, PARTNER 5 TIMES SQUARE NEW YORK NY 10036 |
| ERNST & YOUNG | TIM FAGAN, SENIOR MANAGER 5 TIMES SQUARE NEW YORK NY 10036 |
| ERNST & YOUNG LLP | BANK OF AMERICA 96760 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| FEDEX - 60094 | P.O. BOX 94515 PALATINE IL 60094-4515 |
| FIFTH THIRD BANK | SANDY HAMRICK 424 CHURCH STREET SUITE 600 NASHVILLE TN 37219 |
| FIFTH THIRD BANK | ATTN: HAMRICK, SANDY 424 CHURCH STREET, SUITE 600 NASHVILLE TN 37219 |
| FIFTH THIRD BANK | NED SHER 222 S. RIVERSIDE PLAZA CHICAGO IL 60606 |
| FIFTH THIRD BANK | ERIC LICKTEIG 233 SOUTH RIVERSIDE PLAZA 32ND FLOOR CHICAGO IL 60606 |
| FIFTH THIRD BANK | ATTN: SHER, NED 222 S. RIVERSIDE PLAZA CHICAGO IL 60606 |
| FIFTH THIRD BANK | ATTN: LICKTEIG, ERIC 233 SOUTH RIVERSIDE PLAZA, 32ND FLOOR CHICAGO IL 60606 |
| GALLIVAN, WHITE & BOYD PA | 55 BEATTIE PLACE STE 1200 PO BOX 10589 GREENVILLE SC 29603 |
| GARRISON CAPITAL | ATTN: GEORGE, SUSAN 1350 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GARRISON CAPITAL | ATTN: MOORE, TERENCE 1350 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GORDIAN GROUP | ATTN: KAMAU HIXON, ANALYST LENDER GROUP FINANCIAL ADVISORS 950 THIRD AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| HIGHLAND CAPITAL | ATTN: BLACK, WINSTON 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CAPITAL | ATTN: MARTINSON, MARK 13455 NOEL RD DALLAS TX 75240 |
| HIGHLAND CAPITAL | ATTN: SHUSTER, SHARON 134455 NOEL RD., SUITE 800 DALLAS TX 75240 |
| HIGHLAND CAPITAL | ATTN: GLASGOW, SAM 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CAPITAL | ATTN: WALIA, AMIT 13455 NOEL, SUITE 1300 DALLAS TX 75240 |
| HIGHLAND CAPITAL | ATTN: STAGGS, JODY 13455 NOEL RD., SUITE 800 DALLAS TX 75240 |
| HIGHLAND CAPITAL | ATTN: SAKUNGEW, PON 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CAPITAL | ATTN: HUKILL, NATHAN 13455 NOEL ROAD DALLAS TX 75244 |
| INTERNAL REVENUE SERVICE | PO BOX 21126 PHILADELPHIA PA 19114-0326 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLAZA, ROOM 1150 BALTIMORE MD 21201 |
| INTRALASE CORP. | 1700 EAST SAINT ANDREW PL SANTA ANA CA 927054933 |
| JPM | SHIVRAJ BHUSHAN 270 PARK AVENUE 5TH FLOOR NEW YORK NY 10017 |
| JPM (CIFC PULLED WAREHOUSE) | ATTN: BHUSHAN, SHIVRAJ 270 PARK AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| MARTIN HEALEY | 505 FIFTH AVE NEW YORK NY 10017 |
| MICHIGAN, STATE OF, DEPARTMENT OF TREASURY | ATTN: MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. WALDMEIR, ASSISTANT ATTORNEY GENERAL (COUNSEL FOR THE STATE OF MICHIGAN, DEPT.OF TREAS) CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| MINISTRY OF FINANCE | ATTN: KEVIN O'HARA 33 KING STREET WEST OSHAWA ON L1H 8H6 CANADA |
| NATIONAL CITY | HEATHER HINKELMAN 120 S CENTRAL AVE CLAYTON MO 63105 |
| NATIONAL CITY | ATTN: HINKELMAN, HEATHER 120 S CENTRAL AVE CLAYTON MO 63105 |
| NATIONAL CITY | ATTN: SHERMAN, THOMAS 120 S CENTRAL AVE CLAYTON MO 63105 |
| NATIONAL CITY | ATTN: RICHARDSON, PETE 120 S CENTRAL AVE CLAYTON MO 63105 |
| NATIONAL CITY | ATTN: HALLGREN, ERIC 120 S CENTRAL AVE CLAYTON MO 63105 |
| OKLAHOMA COUNTY TREASURER | ATTN; GRETCHEN CRAWFORD, ASST. DISTRICT ATTORNEY 320 ROBERT S. KERR, ROOM 307 OKLAHOMA CITY OK 73102 |

| Claim Name | Address Information |
|---|---|
| PARAGRAPH, INC. | 417 NORTH 8TH STREET #300 PHILADELPHIA PA 19123 |
| POST & SCHELL, P.C. | ATTN: BRIAN W. BISIGNANI, ESQ. (COUNSEL TO: AON CONSULTING) 7 NORTH 2ND STREET, 12TH FLOOR HARRISBURG PA 17101-1601 |
| PRICE WATERHOUSE COOPERS LLP | PO BOX 75647 CHICAGO IL 60675-5647 |
| PROSKAUER ROSE LLP | RICHARD J. CORBI 1585 BROADWAY NEW YORK NY 10036-8299 |
| REGISTRAR OF SECURITIES | DEPARTMENT OF JUSTICE/GOVERNMENT OF NUNAVUT 1ST FLOOR BROWN BUILDING P.O. BOX 1000, STATION 570 IQALUIT NU X0A 0H0 CANADA |
| ROSENBERG MEDIA | 14413 AUTUMN BRANCH TERR BOYDS MD 20841 |
| ROYAL BANK OF CANADA | ATTN: HORROCKS, MARK 200 BAY STREET 7TH FLOOR SOUTH TOWER TORONTO ON M5J 2J5 CANADA |
| ROYAL BANK OF CANADA | DEAN SAS 1 LIBERTY PLAZA 6TH FLOOR NEW YORK NY 10006 |
| ROYAL BANK OF CANADA | ATTN: SAS, DEAN 6TH FLOOR, 1 LIBERTY PLAZA, 165 BROADWAY NEW YORK NY 10006 |
| ROYAL BANK OF CANADA | ATTN: MACARTHUR, GORDON ONE LIBERTY PLAZA, 4TH FLOOR ONE LIBERTY PLAZA, 5TH FLR. NEW YORK NY 10006 |
| RUBIN, BROWN, GORNSTEIN & CO LLP | PO BOX 790379 ST LOUIS MO 63179 |
| RUMOR ADVERTISING INTERACTIVE DESIGN | 455 NORTH 400 WEST SALT LAKE CITY UT 84103 |
| SECRETARY OF TREASURY | P.O. BOX 7040 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20020 |
| SECURITIES AND EXCHANGE COMMISSION | NORTHEAST REGIONAL OFFICE ATTN: MARK SCHONFELD, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE WASHINGTON DC 20549 |
| STATE OF DELAWARE | DIVISION OF REVENUE-8TH FLOOR ATTN: RANDY R. WELLER-MS#25 820 N. FRENCH STREET WILMINGTON DE 19801-0820 |
| STIKEMAN ELLIOTT LLP | ATTN: ELIZABETH BREEN, PARTNER 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |
| STIKEMAN ELLIOTT LLP | ATTN: SEAN DUNPHY, PARTNER 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |
| STIKEMAN ELLIOTT LLP | ATTN: JUSTIN PARAPPALLY, ASSOCIATE 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |
| TARGETBASE | MARC DBA TARGETBASE ATTN: ACCOUNTING DEPARTMENT 7850 N. BELT LINE ROAD IRVING TX 75063 |
| TECHNOLAS US, LLC | 3365 TREE COURT INDUSTRIAL BLVD. ST. LOUIS MO 63122 |
| THOUGHT EQUITY MOTION INC | 1530 16TH ST 6TH FL DENVER CO 80202 |
| TLC THE LASER CENTER INC. | ATTN: JEANETTE BROEREN 5280 SOLAR DRIVE MISSISSAUGA ON L4W 5M8 CANADA |
| TORONTO STOCK EXCHANGE (TMX GROUP, INC.) | C/O PLUS ONE INC. FIRST CANADIAN PLACE 77 ADELAIDE STREET WEST TORONTO ON M5X 1A4 CANADA |
| U.S. ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE ATTN: MICHAEL B. MUKASEY 950 PENNSYLVANIA ANE., NW WASHINGTON DC 20530-0001 |
| U.S. ATTORNEY'S OFFICE | ATTN: ELLEN W. SLIGHTS 1007 NORTH ORANGE STREET, SUITE 700 P.O. BOX 2046 WILMINGTON DE 19899-2046 |
| UNITED HEALTHCARE INSURANCE COMPANY | 22561 NETWORK PL CHICAGO IL 60673 |
| WELLS FARGO BANK, NA | AS ADMINISTRATIVE AGENT 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| YECK BROTHERS COMPANY | PO BOX 225 DAYTON OH 45401-0225 |

**Total Creditor Count 115**

INDCOM LEASING INC.
ATTN: JOHN FUNNELL
5061 URE STREET
OLDCASTLE, ON N0R 1L0 CANADA

**EXHIBIT B**

| Name | Fax |
|---|---|
| ACA CLO 20071 MYSTI FARRIS | 281-667-3741 |
| ALBERT & SCHULWOLF LLC  ATTN ANDREW B SCHULWOLF | 301-519-9222 |
| ALCON LABORATORIES | 817-568-7131 |
| AMMC CLO III LTD TARA MOORE | 713-577-5260 |
| AMMC CLO IV CHUCK LOGAN | 713-577-5260 |
| AMMC CLO VII VIRTUS GROUP | 866-667-8830 |
| AMMC CLO VIII LTD VIRTUS GROUP | 866-358-4813 |
| AMO CANADA COMPANY | 905-305-3313 |
| ARMSTRONG TEASDALE LLP JOHN O BRIEN PARTNER | 314-612-2275 |
| ASHBY  GEDDES PA  WILLIAM P BOWDEN ESQUIRE | 302-654-2067 |
| BARTLETT HACKETT FEINBERG PC ATTN FRANK F MCGINN | 617-422-0383 |
| BAUSCH  LOMB SURGICAL DIV | 800-362-7006 |
| BELL LEGAL GROUP ATTN J EDWARD BELL III | 843-546-9604 |
| BINGHAM MCCUTCHEN JOANNE DESILVA OF COUNSEL | 212-752-5378 |
| BINGHAM MCCUTCHEN JONATHAN ALTER RESTRUC PARTNER | 860-240-2569 |
| BINGHAM MCCUTCHEN LLP JEFFREY S SABIN ESQ | 212-752-5378 |
| BINGHAM MCCUTCHEN LLP JONATHAN B ALTER KATE SIMON | 860-240-2800 |
| BINGHAM MCCUTCHEN NEIL TOWNSENDPARTNER | 212-702-3644 |
| BINGHAM MCCUTCHEN YELINA KVURT ASSOCIATE | 212-508-1476 |
| BRENTWOOD CLO LTD DATA TEAM | 214-540-4778 |
| CAPITALSOURCE CF LLC SERGIO KUSHIDA | 301-841-2313 |
| CEATUS MEDIA GROUP LLC | 858-454-5668 |
| CIFC FUNDING LTD MAXUM TOMASZEWSKI | 773-305-1877 |
| CIFC FUNDING LTD MAXUM TOMASZEWSKI | 312-276-8816 |
| CIT GROUP INC AARON BLACK CIT HEALTHCARE | 212-771-9317 |
| CIT HEALTHCARE LLC STACEY ARNN | 800-390-2026 |
| CITGROUPINC GREGORY PARK  MNG DIR CIT HEALTHCARE | 800-514-3113 |
| CITIGROUP DUREYEA GARNETT | 212-994-0847 |
| COLE SCHOTZ MEISEL FORMAN ATTN KATE STICKLES | 302-652-3117 |
| COLE SCHOTZ MEISEL FORMAN  ATTN JOHN DRUCKER | 646-521-2023 |
| COLE SCHOTZ MEISEL FORMAN ATTN LAURENCE MAY | 646-521-2026 |
| COMM OF UNSECURED CREDITOR SAMO SALES AND SVS | 714-247-8679 |
| COMM OF UNSECURED CREDITORS  LINDSAY T ATWOOD | 877-566-2069 |
| CONNOLLY BOVE LODGE  HUTZ JEFFREY C WISLER ESQ | 302-658-0380 |
| CONWAY DEL GENIO GRIES AND CO B MCMANUS MNG DIR | 212-813-0580 |
| COOLEY GODWARD ATT MICHAEL KLEIN LAWRENCE GOTTLIEB | 212-479-6275 |
| COVINGTON ATTN DOUGLAS F PATRICK  STEPHEN RH LEWIS | 864-233-9777 |
| COZEN OCONNOR SIMON E FRASER ESQ | 302-295-2013 |
| COZEN OCONNOR SIMON E FRASER ESQ | 302-295-2013 |
| ERIC DONNENFELD MD | 203-330-4598 |
| FAYSSOUX LAW FIRM ATTN JAMES FAYSSOUX  PAUL LANDIS | 864-233-4781 |
| FIFTH THIRD BANK NA ALEXIS SMITH | 513-358-3444 |
| FM LEVERAGED CAPITAL FUND II LINDA ASANTE | 866-394-9321 |
| GALE FORCE 1 CLO TAFOR NIBA | 281-582-7946 |
| GALE FORCE 3 CLO LTD MIKE CAROZZA | 617-937-0566 |
| GARRISON FUNDING LTD MIRANDA L SCOTT | 212-658-9464 |

| Name | Phone |
|---|---|
| GORDIAN GROUP BRIAN MURPHY ASSOCIATE | 212-486-3616 |
| GORDIAN GROUP PETER S KAUFMAN PRES HEAD OF | 212-486-3616 |
| GORDIAN GROUP STEPHEN M SCHILLER MANAGING DIR | 212-486-3616 |
| GREENBERG TRAURIG LLP SCOTT D COUSINS | 302-661-7360 |
| GREENBERG TRAURIG LLP ANDREW R CARDONICK | 312-899-0447 |
| GREENBERG TRAURIG LLP NANCY A MITCHELL | 212-801-6400 |
| GREENBRIAR CLO LTD DATA TEAM | 214-540-4760 |
| HARRIS BANK DENNIS CHEN | 312-224-2342 |
| HODGSON RUSS LLP ATTN GARRY M GRABER | 716-849-0349 |
| KIRKLAND ELLIS ATTN JAMES STEMPEL LAURA FRANZON | 312-862-2200 |
| KLEHR HARRISON HARVEY BRANZBURG DOMENIC PACITTI | 302-426-9193 |
| LOAN FUNDING IV DATA TEAM | 214-540-4737 |
| LOAN FUNDING IV DATA TEAM | 713-229-4969 |
| LOAN FUNDING VII LLC DATA TEAM | 214-540-4736 |
| LOAN FUNDING VII LLC DATA TEAM | 713-229-4978 |
| LOAN STAR STATE TRUST DATA TEAM | 972-628-4155 |
| LOAN STAR STATE TRUST MICHAEL COBURN | 713-577-5231 |
| LONGHORN CREDIT FUNDING LLC DATA TEAM | 214-540-4760 |
| LONGHORN CREDIT FUNDING LLC DATA TEAM | 972-628-4155 |
| MISSOURI DEPT OF REVENUE ATTN SHERYL L. MOREAU | 573-751-7232 |
| MONUMENT PARK CDO LTD PEGGY PATRAS | 713-229-4938 |
| MORRIS JAMES LLP S MILLER J WAXMAN ESQS | 302-571-1750 |
| MORRIS NICHOLS ATTN: ERIC SCHWARTZ CHAD FIGHTS | 302-658-3989 |
| NATIONAL CITY BANK CHRISTOPHER B GRIBBLE | 317-267-7088 |
| NATIONAL CITY BANK DAVE MELARAGNO | 866-641-2749 |
| OFFICE OF THE US TRUSTEE | 302-573-6497 |
| PACHULSKI STANG LAURA DAVIS JONES MARK M BILLION | 302-652-4400 |
| PANGAEA CLO 2007 1 STEVEN GATH | 866-794-8562 |
| POLSINELLI SHUGHART ATTN C WARD J EDELSON S KATONA | 302-252-0921 |
| PROSKAUER ROSE LLP JEREMY T STILLINGS ESQ | 312-962-3551 |
| PROSKAUER ROSE LLP MARK K THOMAS PARTNER | 312-962-3551 |
| PROSKAUER ROSE LLP PAUL POSSINGER PARTNER | 312-962-3551 |
| RED RIVER CLO LTD DATA TEAM TRAVIS PUCKETT | 214-540-4769 |
| RED RIVER CLO LTD TRAVIS PUCKETT | 214-540-4776 |
| RICHARDS LAYTON FINGER MARK D COLLINS DIR | 302-498-7531 |
| ROBERT HALF MANAGEMENT RESOURCES | 212-687-6708 |
| ROCKWALL CDO II LTD TRAVIS PUCKETT | 214-540-4776 |
| ROYAL BANK OF CANADA MANAGER LOANS ADMIN | 212-428-2372 |
| SARGAS CLO I LTD ANDREW HUDSON | 866-386-0153 |
| SNELL & WILMER LLP ATTN DAVID LETA | 801-257-1800 |
| SOUTHFORK CLO LTD DATA TEAM | 214-540-4705 |
| SOUTHFORK CLO LTD DATA TEAM | 713-577-5267 |
| SPRING RD 2007 1 FKA ML 2007 1 JAMES TRUONG | 866-681-5307 |
| SULLIVAN HAZELTINE ATTN WILLIAM A. HAZELTINE | 302-428-8195 |
| TLC VISION CORPORATION DRUE HOOD CONTROLLER | 636-489-0203 |
| TORYS LLP ANDREW J BECK PARTNER | 212-682-0200 |
| TRAVELERS ATTN STACEY BOSCO | 860-277-2158 |

| | |
|---|---|
| WILES  WILES LLP VICTOR W NEWMARK ESQ | 770-426-4846 |
| WINSTON  STRAWN LLP  DAVID NEIER ESQ | 212-294-4700 |
| WINSTON  STRAWN LLP KEITH A MCDANIELS ESQ | 415-591-1400 |

| Name | Fax |
|---|---|
| BC SECURITIES COMMISSION SUPV INSIDER REPORTING | 604-899-6506 |
| DE LAGE LANDEN FINANCIAL SVCS CANADA J PERRON | 905-465-3161 |
| DEPT OF JUSTICE COUNSEL FOR CANADA REVENUE AGENCY | 416-973-0810 |
| EMERALD ORCHARD LIMITED ARLENE ARELLANO | 416-863-7915 |
| EMERALD ORCHARD LIMITED ARLENE ARELLANO | 201-244-3696 |
| HCSMF SCOTIA SWAP LOURDEZ PEREZ | 416-863-7915 |
| HCSMF SCOTIA SWAP LOURDEZ PEREZ | 201-215-2363 |
| INDCOM LEASING INC  JOHN FUNNELL | 519-737-0030 |
| INNOVAPOST INC ALAN THOMAS | 613-270-6525 |
| NATIONAL LEASING GROUP INC | 866-408-0729 |
| NOVA SCOTIA SECURITIES COMMISSION FOI OFFICER | 902-424-4625 |
| OFFICE OF THE ATT GENL SEC DIV  DPTY REG  SEC ACT | 902-368-5283 |
| ONTARIO SECURITIES COMM CONTACT CNTR INSIDER RPT | 416-593-2318 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES  PHIL GEARY | 905-219-3213 |
| REG OF SEC CORPORATE AFFAIRS COMMUNITY SERVICES | 867-393-6251 |
| SASKATCHEWAN FINANCIAL SVS COMMISSION  SEC DIV | 306-787-5899 |
| SECURITIES ADMIN BRANCH  DEPUTY ADMIN CAPITAL MKT | 506-658-3059 |
| SECURITIES COMM OF NEWFOUNDLAND AND LABRADOR | 709-729-6187 |
| STIKEMAN ELLIOTT LLP MARVIN YONTEF PARTNER | 416-947-0866 |
| STOCK EXCHANGE TOWER | 514-873-3120 |
| THE MANITOBA SECURITIES COMMISSION ASST COUNSEL | 204-945-0330 |
| TORYS LLP ADAM SLAVENS ASSOCIATE | 416-865-7380 |
| TORYS LLP ALISON HARNICK ASSOCIATE | 416-865-7380 |
| TORYS LLP DAVID A CHAIKOF PARTNER | 416-865-7380 |
| TORYS LLP MICHAEL B ROTSZTAIN PARTNER | 416-865-7380 |
| TORYS LLP THOMAS H YEO PARTNER | 416-865-7380 |