UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TLC Vision (USA) Corporation, et al.,[1] | ) Case No. 09-14473 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR TELEPHONIC HEARING ON APRIL 29, 2010 AT 8:30 A.M.**

I.  **STATUS CONFERENCE**

  1. Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 436; filed 4/9/10]

     Objection Deadline: April 21, 2010 at 4:00 p.m.

     Objections/Responses Received:

     A.  Debtors' Opposition to Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 482; filed 4/21/10]

     B.  Joinder of the Official Committee of Unsecured Creditors to the Debtors' Opposition to Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 487; filed 4/22/10]

     Related Documents:

     i.  Affidavit of Douglas F. Patrick in Support of the Motion Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for

---

[1] The Debtors in the cases, along with the last four digits of each Debtor's federal tax identification number and address, are: TLC Vision (USA) Corporation (6220) 16305 Swingley Ridge Road, Chesterfield, MO 63017; TLC Vision Corporation (1150) 5280 Solar Drive, Suite 300, Mississauga, Ontario, L4W 5M8; and TLC Management Services, Inc. (0374) 1209 Orange Street, Wilmington, DE 19801.

RLF1 3565105v.1

  Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 437; filed 4/9/10]

ii. Affidavit of Douglas F. Patrick in Support of the Motion Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 - Exhibits 1-3 [Docket No. 438; filed 4/9/10]

iii. Affidavit of Douglas F. Patrick in Support of the Motions Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 and for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 443; filed 4/13/10]

iv. Reply to Debtors' Objection to Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 444; filed 4/13/10]

v. Supplemental Memorandum in Support of Motions of Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, (I) for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 and (II) for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 with Respect to His Argument that the Debtors Are Independently Liable to Plaintiff and Class Members and Further Liable by Operation of the Alter Ego Theory [Docket No. 460; filed 4/15/10]

vi Affidavit of Stephen R. H. Lewis in Support of the Supplemental Memorandum of Plaintiff John Hollman, in Support of his Arguments that Debtor TLC Vision Corporation is Independently Liable to Plaintiff and Class Members and Further Liable by Operation of the Alter Ego Doctrine [Docket No. 464; filed 4/15/10]

vii. Reply to Debtors' Objection to Motion of the Plaintiffs John Hollman and George Carter for Order Temporarily Allowing Claims for Voting Purposes Under 11 U.S.C. § 502 and FCRP 3018 [Docket No. 494; filed 4/23/10]

Status: The Court will conduct a status conference with respect to this matter via teleconference on April 29, 2010 at 8:30 a.m. (Eastern Time). Parties wishing to participate in the teleconference must call CourtCall via telephone (866-582-6878) or facsimile (866-533-2946).

Dated: April 27, 2010
Wilmington, Delaware

Respectfully submitted,

*[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Chun I. Jang (No. 4790)
Andrew C. Irgens (No. 5193)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**PROSKAUER ROSE LLP**
Mark K. Thomas (admitted *pro hac vice*)
Paul V. Possinger (admitted *pro hac vice*)
Jeremy T. Stillings (admitted *pro hac vice*)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602-4342
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

*Co-Counsel for the Debtors
and Debtors In Possession*