# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TLC Vision (USA) Corporation, et al.,[1] | ) Case No. 09-14473 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 5, 2010 AT *11:00 A.M.*[3]

**PLEASE TAKE NOTICE THAT THE HEARING ORIGINALLY SCHEDULED FOR 2:00 P.M. HAS BEEN RESCHEDULED AT THE REQUEST OF THE COURT FOR *11:00 A.M. (EASTERN DAYLIGHT TIME)*.**

I. **CONTESTED MATTERS**

  1. Fourth Amended Joint Chapter 11 Plan of Reorganization Dated as of March 24, 2010 [Docket No. 384; filed 3/24/10]

     Objection Deadline:  April 28, 2010 at 4:00 p.m.

     Objections/Responses Received:

     A. Preliminary Objection of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, to Confirmation of the Debtors' Fourth Amended Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization Dated as March 24, 2010 [Docket No. 399; filed 3/26/10]

     B. Objection of the Michigan Department of Treasury to the Debtors' Fourth Amended Joint Chapter 11 Plan [Docket No. 430; filed 4/7/10]

---

[1] The Debtors in the cases, along with the last four digits of each Debtor's federal tax identification number and address, are: TLC Vision (USA) Corporation (6220) 16305 Swingley Ridge Road, Chesterfield, MO 63017; TLC Vision Corporation (1150) 5280 Solar Drive, Suite 300, Mississauga, Ontario, L4W 5M8; and TLC Management Services, Inc. (0374) 1209 Orange Street, Wilmington, DE 19801.

[2] **Amended agenda items appear in bold.**

[3] Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. on May 4, 2010.

C. Limited Objection of Michael Aronsky, Carol Hoffman, George Pronesti, and Anthony Zacchei to Confirmation of the Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization [Docket No. 500; filed 4/27/10]

D. Objection by the Internal Revenue Service to the Debtors' Fourth Amended Joint Plan [Docket No. 509; filed 4/28/10]

E. Objection of John Hollman and Danielle Hollman and George Carter and Jean Carter to Confirmation of the Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization Dated as of March 24, 2010 [Docket No. 510; filed 4/28/10]

F. **Objection of Medical Management Affiliates, Inc. to Assumption of an Executory Contract Pursuant and Subject to the Terms of the Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization Dated as of March 24, 2010 (as Modified) and to Confirmation of the Plan to the Extent Such Plan Includes Assumption of the Executory Contract [Docket No. 531; filed 5/3/10]**

Related Documents:

i. Fourth Amended Disclosure Statement with Respect to the Fourth Amended Joint Chapter 11 Plan of Reorganization Dated as of March 24, 2010 [Docket No. 385; filed 3/24/10]

ii. Notice of Filing of (I) Fourth Amended Joint Chapter 11 Plan of Reorganization Dated as of March 24, 2010, and (II) Fourth Amended Disclosure Statement with Respect to the Fourth Amended Joint Chapter 11 Plan of Reorganization Dated as of March 24, 2010 [Docket No. 387; filed 3/24/10]

iii. Order Approving (I) Disclosure Statement, (II) Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan, and (III) Related Notice and Objection Procedures [Docket No. 390; filed 3/24/10]

iv. Notice of Plan Supplement to Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization Dated as of March 24, 2010 [Docket No. 495; filed 4/23/10]

v. Notice of Supplemental Exhibit (Updated Claim Analysis) to Plan Supplement to Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization Dated as of March 24, 2010 [Docket No. 507; filed 4/27/10]

vi. Notice of Filing of Proposed Confirmation Order [Docket No. 522; filed 5/3/10]

RLF1 3566965v.2

vii. Debtors' Reply to Objection of John Hollman and Danielle Hollman and George Carter and Jean Carter to Confirmation of the Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization Dated as of March 24, 2010 [Docket No. 527; filed 5/3/10]

viii. Declaration of Stephanie Kjontvedt of Epiq Bankruptcy Solutions, LLC Certifying Voting on, and Tabulation of Ballots Accepting and Rejecting, the Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization [Docket No. 528; filed 5/3/10]

ix. Debtors' Memorandum of Law in Support of Confirmation of Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization Dated as of March 24, 2010 [Docket No. 529; filed 5/3/10]

x. Declaration of Michael F. Gries, Debtors' Chief Restructuring Officer, in Support of Confirmation of Debtors' Fifth Amended Joint Chapter 11 Plan Dated as of March 24, 2010 [Docket No. 530; filed 5/3/10]

xi. Joinder of the Official Committee of Unsecured Creditors to the Debtors' Memorandum of Law in Support of Confirmation of Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization Dated as of March 24, 2010 [Docket No. 534; filed 5/4/10]

xii. Debtors' Response to Objection of Medical Management Affiliates, Inc. to Confirmation of the Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization Dates as of March 24, 2010 [Docket No. 537; filed 5/4/10]

xiv. Joinder of the Official Committee of Unsecured Creditors to the Debtors' Response to Objection of Medical Management Affiliates, Inc. to Confirmation of the Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization Dates as of March 24, 2010 [Docket No. 538; filed 5/5/10]

xiii. Notice of Revised Exhibit (Exhibit F - Schedule of Rejected Contracts) to Plan Supplement to Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization Dates as of March 24, 2010 [Docket No. 539; filed 5/5/10]

Status: The hearing on this matter will go forward beginning at 11:00 a.m. (EDT); provided, however, that the hearing with respect to Medical Management Affiliates, Inc.'s confirmation objection [Docket No. 531] will not go forward until 2:00 p.m. (EDT) (unless counsel for Medical Management Affiliates, Inc. is present and consents to their objection being considered before 2:00 p.m. (EDT)).

2. Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 436; filed 4/9/10]

Objection Deadline: April 21, 2010 at 4:00 p.m.

Objections/Responses Received:

A. Debtors' Opposition to Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 482; filed 4/21/10]

B. Joinder of the Official Committee of Unsecured Creditors to the Debtors' Opposition to Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 487; filed 4/22/10]

C. **Debtors' Supplemental Brief in Opposition to Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(C) and FRBP 3018 [Docket No. 536; filed 5/4/10]**

Related Documents:

i. Affidavit of Douglas F. Patrick in Support of the Motion Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 437; filed 4/9/10]

ii. Affidavit of Douglas F. Patrick in Support of the Motion Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 - Exhibits 1-3 [Docket No. 438; filed 4/9/10]

iii. Affidavit of Douglas F. Patrick in Support of the Motions Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 and for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 [Docket No. 443; filed 4/13/10]

iv. Reply to Debtors' Objection to Motion of the Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 444; filed 4/13/10]

v.  Supplemental Memorandum in Support of Motions of Plaintiff John Hollman, on Behalf of Himself and All Others Similarly Situated, (I) for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 and (II) for Order Temporarily Allowing Claims for Voting Purposes Only Under 11 U.S.C. § 502(c) and FRBP 3018 with Respect to His Argument that the Debtors Are Independently Liable to Plaintiff and Class Members and Further Liable by Operation of the Alter Ego Theory [Docket No. 460; filed 4/15/10]

vi  Affidavit of Stephen R. H. Lewis in Support of the Supplemental Memorandum of Plaintiff John Hollman, in Support of his Arguments that Debtor TLC Vision Corporation is Independently Liable to Plaintiff and Class Members and Further Liable by Operation of the Alter Ego Doctrine [Docket No. 464; filed 4/15/10]

vii. Reply to Debtors' Objection to Motion of the Plaintiffs John Hollman and George Carter for Order Temporarily Allowing Claims for Voting Purposes Under 11 U.S.C. § 502 and FCRP 3018 [Docket No. 494; filed 4/23/10]

Status: The hearing on this matter will go forward.

Dated: May 5, 2010
Wilmington, Delaware

Respectfully submitted,

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Chun I. Jang (No. 4790)
Andrew C. Irgens (No. 5193)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**PROSKAUER ROSE LLP**
Mark K. Thomas (admitted *pro hac vice*)
Paul V. Possinger (admitted *pro hac vice*)
Jeremy T. Stillings (admitted *pro hac vice*)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602-4342
Telephone: (312) 962-3550

5