# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | TLC Vision (USA) Corporation, et al. | | |
| **Case Number:** | 09-14473-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 05, 2010 11:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

## *Matter:*

CONFIRMATION

**R / M #:**   540 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Approved - Counsel will submit orders electronically to the court for signature tomorrow.
#2 - Settlement reached subject to some confirmation in the Hollman and Carter matter;