IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TLC Vision (USA) Corporation, *et al.*, | Case No. 09-14473 (KG) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Edmon L. Morton, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, hereby moves the admission *pro hac vice* of Brian W. Harvey of Goodwin Procter LLP, 620 Eighth Avenue, New York, New York 10018-1405 as counsel to Charlesbank Capital Partners, LLC.

_____
Edmon L. Morton (No. 3856)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6637
Facsimile: (302) 576-3320

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and the Bar of New Jersey, and pursuant to District Court Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

_____
Brian W. Harvey
Goodwin Procter LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 813-8829
Facsimile: (212) 355-3333

Motion granted.

BY THE COURT:

Date: May ____, 2010

_____
Kevin Gross
United States Bankruptcy Judge