# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **TLC VISION (USA) CORPORATION,** *et al.*[1] | ) | **Case No. 09-14473 (KG)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

CHARLESBANK EQUITY FUND VII, LIMITED PARTNERSHIP, CB OFFSHORE EQUITY FUND VII, LP, CB PARALLEL FUND VII, LIMITED PARTNERSHIP, CHARLESBANK EQUITY COINVESTMENT FUND VII, LIMITED PARTNERSHIP, and DUNKIRK INVESTMENTS 1, LLC, (collectively, the "Transferees"), which, pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), file this notice and evidence of the transfer of the Claim (as defined herein), which transfer has occurred other than for security after the subject Claim was filed, as follows:

1.      CIT CAPITAL SECURITIES LLC, ("Transferor"), held claims as evidenced by the proof of claim, dated March 8, 2010 [Claim No. 55], filed in the above-captioned case, in the amount of $2,237,047.50 (the "Claim").

2.      As evidenced by and to the extent set forth in the Evidence of Transfer of Claim executed by Transferor (a copy of which is attached hereto as Exhibit A), Transferor has sold, transferred and assigned to Transferees, in the manner and percentages as set forth on Annex A to the Evidence of Transfer of Claim, all of Transferor's right, title, interest, claims and causes of action in and to, or arising under or in connection with the Claim.

3.      The names and addresses of the Transferees are as follows:

> Charlesbank Equity Fund VII, Limited Partnership
> CB Offshore Equity Fund VII, LP
> CB Parallel Fund VII, Limited Partnership
> Charlesbank Equity Coinvestment Fund VII, Limited Partnership
> c/o Charlesbank Capital Partners
> 200 Clarendon Street, 54th Floor
> Boston, MA 02116
> Attn.:   Timothy Palmer
>          Brandon White

---

[1] The Debtors in these cases are: TLC Vision (USA) Corporation, TLC Vision Corporation and TLC Management Services, Inc.  The Debtors' corporate offices are located at 16305 Swingley Road, Suite 300, Chesterfield, MO 63017.

Dunkirk Investments 1, LLC
c/o H.I.G. Capital, LLC
600 Fifth Avenue
24th Floor
New York, NY 10020
Attn: Timothy Armstrong
      Brian McMullen
Facsimile: (212) 506-0559
Email:    tarmstrong@higcapital.com
          bmcmullen@higcapital.com

4.      The name and address of Transferor is as follows:

CIT Capital Securities LLC
505 Fifth Avenue
New York, New York 10017
Attn.:  Aaron M. Kitlowski

Respectfully submitted this 18th day of May, 2010.

Edmon L. Morton (No. 3856)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6637
Facsimile: (302) 576-3320

-and-

Brian W. Harvey (*pro hac vice application pending*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

Counsel to Charlesbank Equity Fund VII, Limited
Partnership

2

### EXHIBIT A

#### EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTORS AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, CIT CAPITAL SECURITIES LLC, its successors and assigns ("Assignor") acknowledges that it has unconditionally and irrevocably sold, transferred and assigned to CHARLESBANK EQUITY FUND VII, LIMITED PARTNERSHIP; CB OFFSHORE EQUITY FUND VII, LP; CB PARALLEL FUND VII, LIMITED PARTNERSHIP; CHARLESBANK EQUITY COINVESTMENT FUND VII, LIMITED PARTNERSHIP; and DUNKIRK INVESTMENTS 1, LLC (collectively, the "Assignees"), in the manner and percentages set forth on Annex A, all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with claims (including proof of claim, dated March 8, 2010, in the amount of $2,237,047.50 [Claim No. 55]) filed by Assignor in the cases jointly administered under In re TLC Vision (USA) Corp., No. 09-14473 (KG) (Bankr. D. Del. 2009) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim (the "Assigned Claim").

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignees on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignees the foregoing claim and recognizing the Assignees as the sole owners and holders of the Assigned Claim. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignees.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on May 14, 2010.

CIT CAPITAL SECURITIES LLC

By: _____
Name: Steven N. Worden
Title: Executive Vice President

ANNEX A

| Entity Name | Percentage of Claim Assigned |
|---|---|
| CHARLESBANK EQUITY FUND VII, LIMITED PARTNERSHIP | 47.9283% |
| CB OFFSHORE EQUITY FUND VII, LP | 11.1243% |
| CB PARALLEL FUND VII, LIMITED PARTNERSHIP | 4.7744% |
| CHARLESBANK EQUITY COINVESTMENT FUND VII, LIMITED PARTNERSHIP | 1.1730% |
| DUNKIRK INVESTMENTS 1, LLC | 35% |