IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TLC VISION (USA) CORPORATION, et al.[1] | ) Case No. 09-14473 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

CHARLESBANK EQUITY FUND VII, LIMITED PARTNERSHIP, CB OFFSHORE EQUITY FUND VII, LP, CB PARALLEL FUND VII, LIMITED PARTNERSHIP, CHARLESBANK EQUITY COINVESTMENT FUND VII, LIMITED PARTNERSHIP, and DUNKIRK INVESTMENTS 1, LLC, (collectively, the "Transferees"), which, pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), file this notice and evidence of the transfer of the Claim (as defined herein), which transfer has occurred other than for security after the subject Claim was filed, as follows:

1. THRILLER ACQUISITION CORP. ("Transferor"), held claims as evidenced by the Notice of Transfer of Claim Pursuant to Bankruptcy Rule 3001(e)(2) dated March 31, 2010 [Dkt. No. 417] and proofs of claim dated February 3, 2010 [Claim No. 24] and February 5, 2010 [Claim No. 28] in the above-captioned case, each in the aggregate amount of $5,332,224.53 (together, the "Claim").

2. As evidenced by and to the extent set forth in the Evidence of Transfer of Claim executed by Transferor (a copy of which is attached hereto as Annex A), Transferor has sold, transferred and assigned to Transferees, in the manner and percentages as set forth on Annex B, all of Transferor's right, title, interest, claims and causes of action in and to, or arising under or in connection with the Claim.

3. The names and addresses of the Transferees are as follows:

        Charlesbank Equity Fund VII, Limited Partnership
        CB Offshore Equity Fund VII, LP
        CB Parallel Fund VII, Limited Partnership
        Charlesbank Equity Coinvestment Fund VII, Limited Partnership
        c/o Charlesbank Capital Partners
        200 Clarendon Street, 54th Floor
        Boston, MA 02116
        Attn.: Timothy Palmer
               Brandon White

---

[1] The Debtors in these cases are: TLC Vision (USA) Corporation, TLC Vision Corporation and TLC Management Services, Inc. The Debtors' corporate offices are located at 16305 Swingley Road, Suite 300, Chesterfield, MO 63017.

LIBNY/4912477.1

>Dunkirk Investments 1, LLC
>c/o H.I.G. Capital, LLC
>600 Fifth Avenue
>24th Floor
>New York, NY 10020
>Attn: Timothy Armstrong
>    Brian McMullen
>Facsimile: (212) 506-0559
>Email:    tarmstrong@higcapital.com
>         bmcmullen@higcapital.com

4.  The name and address of Transferor is as follows:

>Thriller Acquisition Corp.
>c/o Charlesbank Capital Partners
>200 Clarendon Street, 54th Floor
>Boston, MA 02116
>Attn.:  Timothy Palmer
>        Brandon White

Respectfully submitted this 18th day of May, 2010.

_____
Edmon L. Morton (No. 3856)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6637
Facsimile: (302) 576-3320

-and-

Brian W. Harvey (*pro hac vice application pending*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

Counsel to Charlesbank Equity Fund VII, Limited Partnership

2

ANNEX A

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTORS AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, THRILLER ACQUISITION CORP., its successors and assigns, ("Assignor") acknowledges that it has unconditionally and irrevocably sold, transferred and assigned to the parties listed on Annex B hereto in the manner and percentages set forth therein (collectively, the Assignees") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with claims (proof of claim, dated February 3, 2010 [Claim No. 24], and proof of claim, dated February 5, 2010 [Claim No. 28]) filed by Lindsay T. Atwood each in the aggregate amount of $5,332,224.53 and assigned to Assignor as evidenced by the Notice of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) dated March 31, 2010 [Dkt. No. 417] (the "Assigned Claim"), in the cases jointly administered under Case No. 09-14473 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignees on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignees the foregoing claim and recognizing the Assignees as the sole owners and holders of the Assigned Claim. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to Assignees in the respective percentages described on Annex B.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on May 12, 2010.

THRILLER ACQUISITION CORP.

By: _____
Name: Brandon White
Title: Managing Director

**ANNEX B**

| Entity Name | Percentage of Claim Assigned |
|---|---|
| CHARLESBANK EQUITY FUND VII, LIMITED PARTNERSHIP | 47.9283% |
| CB OFFSHORE EQUITY FUND VII, LP | 11.1243% |
| CB PARALLEL FUND VII, LIMITED PARTNERSHIP | 4.7744% |
| CHARLESBANK EQUITY COINVESTMENT FUND VII, LIMITED PARTNERSHIP | 1.1730% |
| DUNKIRK INVESTMENTS 1, LLC | 35% |