IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TLC Vision (USA) Corporation, et al.[1], | Case No. 09-14473 (KG) |
| Debtors. | (Jointly Administered) |
| | *Re DKT #579* |

## ORDER GRANTING ORAL MOTION OF THE DEBTORS PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. PRO. 9019(b) TO AUTHORIZE AND APPROVE A PROPOSED STIPULATION BETWEEN THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, CHARLESBANK EQUITY FUND VII, LIMITED PARTNERSHIP, IN ITS CAPACITY AS PLAN SPONSOR, AND H.I.G. BAYSIDE DEBT & LBO FUND II, L.P.

This matter having come before the Court upon the oral motion (the "Motion") of the above-captioned debtors (the "Debtors") to authorize and approve a stipulation (the "Proposed Stipulation"), a copy of which is attached hereto as Exhibit 1, by and between the Debtors, the Official Committee of Unsecured Creditors (the "Committee"), Charlesbank Equity Fund VII, Limited Partnership, in its capacity as Plan Sponsor (together with its direct and indirect affiliates, the "Sponsor"), and H.I.G. Bayside Debt & LBO Fund II, L.P. (together with its direct and indirect affiliates, "HIG") pursuant to 11 U.S.C. § 105(a) and Rule 9019 of the Federal Rules of Bankruptcy Procedure and any oral responses thereto; the Court having found that notice was appropriate; the Court having found that the settlement as set forth in the Proposed Settlement provides a benefit to unsecured creditors and the Debtors' estates and falls above the lowest point in a range of reasonableness; and upon finding that good cause exists for granting the relief requested in the Motion,

ORDERED, that the Motion is GRANTED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number and address, are: TLC Vision (USA) Corporation (6220) 16305 Swingley Ridge Road, Chesterfield, MO 63017; TLC Vision Corporation (1150) 5280 Solar Drive, Suite 300, Mississauga, Ontario, L4W 5M8; and TLC Management Services, Inc. (0374) 1209 Orange Street, Wilmington, DE 19801.

ORDERED, that the Debtors are authorized to enter into the Proposed Stipulation, substantially in the form attached hereto as Exhibit 1, and it is further

ORDERED, that the Proposed Stipulation is approved; and it is further

ORDERED, that to the extent that this Court is without jurisdiction to approve any modification of the Plan, approval of the Stipulation does not authorize a modification of Sections 3.06(e) and 3.07(e) if the Plan, but rather, simply approves the agreement of the Sponsors to be contractually bound to increase the cash consideration in the event that the Plan goes effective.

Dated: This 19th day of May, 2010

The Honorable Kevin Gross
United States Bankruptcy Judge