# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TLC Vision (USA) Corporation, *et. al.*,[1] | ) ) | Case No. 09-14473 (KG) |
| Debtor. | ) ) ) ) | Jointly Administered |

## NOTICE OF (I) ENTRY OF CONFIRMATION ORDER;
## (II) OCCURRENCE OF PLAN EFFECTIVE DATE; AND
## (III) DEADLINE FOR PROFESSIONAL FEE APPLICATIONS

1. <u>Confirmation of Plan</u>: On May 6, 2010, the United States Bankruptcy Court for the District of Delaware entered an Order (the "<u>Confirmation Order</u>") [*Docket No. 552*] in the chapter 11 cases of the above referenced debtors and debtors in possession (the "<u>Debtors</u>") confirming the Debtors' Fifth Amended Joint Chapter 11 Plan of Reorganization (the "<u>Plan</u>") [*Docket No. 544*].[2]  The Plan, the Confirmation Order and this Notice may be viewed and downloaded free of charge on the Debtors' case website at dm.epiq11.com/TVC.

2. <u>Occurrence of Effective Date</u>:  The Effective Date of the Plan occurred on May 20, 2010.

3. <u>Deadline for Professional Fee Applications</u>: Pursuant to Section 13.25 of the Plan, applications for compensation of services rendered and reimbursement of expenses incurred by Professionals (a) from the Petition Date through the Effective Date, or (b) at any time during the Chapter 11 Cases when such compensation is sought pursuant to sections 503(b)(2) through (b)(5) of the Bankruptcy Code shall be filed with the Bankruptcy Court and served on the Notice Parties by no later than July 6, 2010. Applications that are not timely filed will not be considered by the Bankruptcy Court.

---

[1] The Debtors in the cases, along with the case number, last four digits of each Debtor's federal tax identification number and address, are: TLC Vision (USA) Corporation (09-14473) (6220) 16305 Swingley Ridge Road, Chesterfield, MO 63017; TLC Vision Corporation (09-14475) (1150) 5280 Solar Drive, Suite 300, Mississauga, Ontario, L4W 5M8; and TLC Management Services, Inc. (09-14476) (0374) 1209 Orange Street, Wilmington, DE 19801.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

Dated: Wilmington, Delaware
      May 20, 2010

**RICHARDS, LAYTON & FINGER, P.A.**

    /s/ Michael J. Merchant
Mark D. Collins (DE Bar No. 2981)
Michael J. Merchant (DE Bar No. 3854)
Chun I. Jang (DE Bar No. 4790)
Andrew C. Irgens (De Bar No. 5193)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7531
Facsimile: (302) 498-7531

– and –

**PROSKAUER ROSE LLP**

Mark K. Thomas (admitted *pro hac vice*)
Paul V. Possinger (admitted *pro hac vice*)
Jeremy T. Stillings (admitted *pro hac vice*)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602-4342
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

*Co-Counsel for the Debtors and Debtors in Possession*